# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANA BERNHARDT et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:18cv2739 |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Notice is given on this 25th day of February, 2021, that Plaintiffs Dana Bernhardt et al., by counsel, do hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment of this Court entered on January 28, 2021, dismissing HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA N.A., and HSBC North America Holdings Inc. with prejudice.

Respectfully submitted,

       /s/ Kevin A. Hoffman
Randy D. Singer, Esq. (DCD Bar No. VA057)
Rosalyn K. Singer, Esq. (DCD Bar No. VA063)
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: rosalyn.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs*