# Expert Witness Report
# *Wise v. Islamic Republic of Iran*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
January 12, 2022

**Table of Contents**

I. Scope of Engagement and Opinion ... 3
II. Qualifications ... 4
Professional Background ... 4
Methodology ... 15
III. Al-Qaeda ... 16
Al-Qaeda's Founding ... 16
Al-Qaeda Relocates to Sudan ... 20
Al-Qaeda's Leaders Return to Afghanistan ... 22
Post-9/11 Iranian Support for al-Qaeda. ... 25
Al-Qaeda's "Core Pipeline" in Iran ... 27
Al-Qaeda's Senior Leadership in Iran ... 29
IV. Tehrik-i-Taliban Pakistan (TTP) and the Haqqani Network ... 31
Overview ... 31
The TTP is Closely Allied with al-Qaeda and Other al-Qaeda-Linked Groups ... 33
Terrorist Attacks Jointly Conducted by the TTP and al-Qaeda from 2007 to 2009 ... 38
V. The Attack on Camp Chapman ... 39
Al-Qaeda's Culpability in the Attack on Camp Chapman ... 42
TTP's Culpability in the Attack on Camp Chapman ... 44
Haqqani Network Culpability in the Attack on Camp Chapman ... 46
VI. Causal Connections Between Iranian Support and the Camp Chapman Attack ... 47
VII. Conclusion ... 50

# Expert Witness Report
# *Wise v. Islamic Republic of Iran*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
January 12, 2022

## I. Scope of Engagement and Opinion

I have been retained by the plaintiffs to provide an expert opinion on the Islamic Republic of Iran's material support to al-Qaeda, the Tehrik-i-Taliban Pakistan (TTP), and the Haqqani Network; and on these militant groups' culpability in the December 30, 2009 attack on Forward Operating Base Chapman (Camp Chapman), which resulted in the deaths of Jeremy Wise and Dane Paresi.

Relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

1. The Islamic Republic of Iran has an extensive history of using violent non-state actors as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces, including in the Afghanistan theater, while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda, when such support aligned with Iran's foreign policy interests.

2. Al-Qaeda and the Tehrik-i-Taliban Pakistan are closely allied, and routinely worked together during the period prior to and contemporaneous with the attack on Camp Chapman. Both groups have ties to the Haqqani Network, which was the dominant group along the Afghanistan-Pakistan border near where the attack took place.

3. Al-Qaeda and the TTP are directly responsible for the attack on Camp Chapman. Given its links to both al-Qaeda and the TTP, the Haqqani Network was likely aware of and provided at least tacit approval for the attack.

4. Given the nature and extent of Iranian material support to al-Qaeda, which among other things helped al-Qaeda to forge its cooperative relationship with the TTP, Iran's assistance bore a definite connection to the attack on Camp Chapman.

The following sections of this report explain how I reached these overarching conclusions. Section II overviews my qualifications and methodology. In section III, I detail the emergence and evolution of al-Qaeda, along with Iran's material support to the group both prior to and contemporaneous with the attack on Camp Chapman. Section IV traces the emergence and evolution of the TTP and its connections with al-Qaeda and the Haqqani Network. Section V turns to the attack on Camp

Chapman, establishing the events both leading up to and during the attack, as well as the groups responsible. Finally, Section VI highlights my principal conclusions.

## II. Qualifications

This section describes my professional background, then discusses the methods I employ in analyzing militant groups and violent non-state actors (VNSAs).

*Professional Background*

My professional life has been dedicated to understanding VNSAs' role in the world and to helping policymakers, government agencies, private companies, and other clients fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm, and also hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for over 14 years.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] Past positions I have held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. I led several major projects responding to violent extremists' use of online platforms for Jigsaw.[3]

I have experience teaching, leading national-security simulations, and lecturing at the university level. I am currently an Adjunct Instructor at Duke University, teaching a Fall 2021 semester course titled "National Security Simulation – Great Power Competition, Non-State Actors & Human Rights." From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on violent non-state actors. I also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates. I have also taught for, or held faculty appointments at, the University of Southern California (teaching for the school's

---

[1] I served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have undertaken for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Skinheads, Saints, and (National) Socialists: An Overview of the Transnational White Supremacist Movement* (Washington, D.C.: FDD Press, 2021); Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[3] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. Jigsaw maintains a website that explains the Redirect Method at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-ISIS narrative space on YouTube for this project.

Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have been contracted to design and lead national-security simulations (also known as *war games*) for a number of colleges and universities, including American University, Carnegie Mellon University, Duke University, Georgetown University, and Johns Hopkins University. In addition to running simulations for academic institutions, I have designed and led them for government agencies (e.g., Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), and think tanks (e.g., the Foundation for Defense of Democracies).

I have also delivered presentations at or for a number of colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), Harvard Law School, High Point University (High Point, N.C.), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the National Defence College (Abu Dhabi), the United States Naval Academy (Annapolis, Md.), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), Universität Tübingen (Tübingen, Germany), and Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College in Wellesley, Mass.).

As part of my research, which began in 1995 during my undergraduate studies, I have traveled overseas to conduct field research or do professional work in numerous countries, including Bulgaria, Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Poland, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed thousands of open-source documents about Shia and Sunni VNSAs in English, French, Italian, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, NATO, the European Union, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and militant groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state violence, including on the activities of al-Qaeda and developments in Afghanistan; and delivering training and high-level briefings for officials and analysts.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with *The New York Times* editorializing that the document "focuses

unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[4]

- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among militants and anticipate where fractures are likely to occur in militant organizations. The Zarqawi organization was among the key groups examined in this project.
- serving as the Principal Investigator for nine different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence, as well as its predecessor program.
- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I have been one of the lead instructors since June 2016. This course included discussion of al-Qaeda, the Tehrik-i-Taliban Pakistan (TTP), and the Haqqani Network, as well as the Afghanistan theater more broadly.
- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt (as part of the Multinational Force & Observers), Iraq, and Kuwait through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions since 2009. Afghanistan-specific courses I have taught include Afghanistan-Pakistan Relations; Competing Interests of Afghanistan and Its Neighbors; and History of Afghanistan.
- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) on four occasions.
- serving as a SME for the Global Counterterrorism Forum (GCTF).[5] In this capacity, I was the lead SME for the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*, as well as on three separate GCTF projects that pertain to 1) watch-listing, 2) maritime terrorist travel, and 3) racially- and ethnically-motivated violent extremism, for which the final documents resulting from the webinar series will soon be released publicly.
- serving as the Principal Investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a demo for software capable of tracking M&E of future counterterrorism capacity-building missions.
- organizing and facilitating a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand militant groups' use of social media and to forge a strategic action plan for countering it.
- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.
- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and militant groups in the following federal cases:

---

4 Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *The New York Times*, September 23, 2019.

5 GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

- On five occasions, I have been admitted as an expert witness on the Zarqawi organization, most recently in *Fields v. Syrian Arab Republic* (D.D.C., 2021).[6] In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court's decision on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[7] I also served as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2021), *Doe v. Syrian Arab Republic* (D.D.C., 2020), and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[8] I have also been disclosed as an expert witness in another case currently before the District Court of the District of Columbia that pertains to the Zarqawi organization, as well as certain Shia militant groups.[9]
- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Iraqi Shia militant group Asaib Ahl al-Haq.[10]

---

[6] Memorandum Opinion, *Fields v. Syrian Arab Republic*, CA 18-1437 (D.D.C., September 29, 2021), p. 2 ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts. *See Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186, 193 n.4 (D.D.C. 2017) (Kollar-Kotelly, J.); *see also United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019) (noting that the district court 'reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise'). As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS").

[7] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[8] See Memorandum Opinion, *Sotloff v. Syrian Arab Republic*, CA 16-725 (D.D.C., March 15, 2021), pp. 11-12 ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District. See, e.g., *Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186 (D.D.C. 2017). The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066 (D.D.C., Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland. He received his Ph.D. and M.A. in World Politics from Catholic University and a J.D. from New York School of Law. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017."); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism.").

[9] *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv-02193-EGS-ZMF (D.D.C.).

[10] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48, 58 n.2 (D.D.C., 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors;

- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a domestic ISIS attack in 2015.
- I served as an expert witness on the Taliban in *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).
- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).
- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases: *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken a considerable amount of professional work related to violent non-state actors, including al-Qaeda, the TTP, and the Haqqani Network, for various private clients. A small sample of this work includes:

- I oversaw the creation of numerous reports for the consulting firm Global Traveler, including reports examining terrorism and extremism in Brunei Darussalam and Nigeria (2021).
- I have served as a consultant for the Anti-Defamation League, playing a lead role in producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced country-specific and actor-specific analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations (2014-15).
- I led training for analysts about Sunni militant groups in the Horn of Africa for the contractor BAE Systems (2011).
- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during hostage negotiations with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the European Parliament and Canadian House of Commons. Additionally, I am an author with specialized knowledge about al-Qaeda, the Tehrik-i-Taliban Pakistan, the Haqqani Network, and similar VNSAs. I am the author or volume editor of thirty-one books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my Curriculum Vitae, but some selections that pertain to the key issues in this case include:

<u>Books and Monographs</u>

- *Enemies, Near and Far: How Jihadist Groups Strategize, Plot and Learn*, Columbia University Press (forthcoming 2022).

(2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

- *Virtual Plotters. Drones. Weaponized AI?: Violent Non-State Actors as Deadly Early Adopters*, report for Canada's Department of National Defence, July 2019.
- *Islamic State vs. al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.
- *China's Post-2014 Role in Afghanistan*, Washington, D.C.: FDD Press, 2014.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).
- Ed. (with C. May), *The Afghanistan-Pakistan Theater: Militant Islam, Security and Stability* (Washington: FDD Press, 2010).

Book Chapters

- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.
- "Midterm Assessment: Sunni Jihadism," in J. Hannah ed., *Midterm Assessment: The Trump Administration's Foreign and National Security Policies*, FDD Press 2019.
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "Violent Non-State Actor Proxies in the Pakistan-Afghanistan Relationship," in A. Pande ed., *Handbook on Contemporary Pakistan*, Routledge 2017.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism*, forthcoming Routledge, 2015.
- "Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges*, University of Pennsylvania Press, 2015.
- "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications

- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology* (Hudson Institute), August 30, 2016.
- "The Lean Terrorist Cell: How Startup Companies and Violent Non-State Actors Are Changing the Old World Order" (with N. Barr), *Georgetown Journal of International Affairs* 17:2, Summer/Fall 2016.
- "An Opening for al-Qaeda" (with N. Barr), *Journal of International Security Affairs*, Winter 2016.

- "A Temporary Marriage of Convenience: Transnational Jihadists in Proxy Warfare," *Fletcher Security Review* 1:2 (May 2014).
- "Al-Qaeda's Influential Online Strategist: Abu Sa'd al-Amili," *Militant Leadership Monitor*, Oct. 2013.
- "Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, Nov. 2012.
- "The Forgotten History of Afghanistan-Pakistan Relations" (with T. Vassefi), *Yale Journal of International Affairs*, March 2012.
- "Al Qaeda's Rope-a-Dope," *Journal of International Security Affairs*, Fall/Winter 2011.
- "Fixing Our Pakistan Problem," *Journal of International Security Affairs*, Spring 2009.
- "Is al-Qaeda's Central Leadership Still Relevant?" (with K. Dabruzzi), *Middle East Quarterly*, Spring 2008.

Selected Commentary, Op-Eds, and Policy Analysis

- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "Terrorists and Technological Innovation" (with C. Clarke and M. Shear), *Lawfare*, February 2, 2020.
- "What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.
- "Spike in African Terrorism Highlights the Importance of Jihadist Innovation," *War on the Rocks*, February 26, 2018.
- "Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.
- "U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.
- "A Grim Anniversary: 15 Years after 9/11, the War against Radical Islamist Terrorism is not Looking Good," *New York Daily News*, September 11, 2016.
- "ISIS May be on the Decline—But Beware al-Qaeda," *New York Post*, June 29, 2016.
- "Operation Hemorrhage: The Terror Plans to Wreck the West's Economy," *Daily Beast*, March 24, 2016.
- "Osama bin Laden's 'Bookshelf' Reveals al-Qaeda's Long Game," *Daily Beast*, March 17, 2016.
- "Islamic State vs. al-Qaeda: The War within the Jihadist Movement," *War on the Rocks*, January 13, 2016.
- "The Losing War Against Ungoverned Spaces," *Pragati*, April 28, 2015.
- "Al Qaeda is Beating the Islamic State," *Politico*, April 14, 2015.

- "China No Substitute for U.S. Involvement Over Afghanistan," *CNN*, October 29, 2014.
- "Zawahiri's Revenge," *Foreign Policy*, July 31, 2014.
- "China's Post-2014 Afghanistan Strategy," *Pragati*, June 22, 2014.
- "Interpreting Al-Qaeda," *Foreign Policy*, January 6, 2014.
- "Al-Qaeda's Big Year," *Politico*, December 29, 2013.
- "Afghanistan After the U.S. Drawdown," *Pragati*, December 6, 2013.
- "Learning from the Soviets: How to Withdraw from Afghanistan," *The Atlantic*, Jan. 9, 2013.
- "Osama bin Laden: Strategic Genius," *National Post* (Canada), Jan. 4, 2013.
- "Reports of Al Qaeda's Death Have Been Greatly Exaggerated," *Foreign Policy*, Oct. 3, 2012.
- "It's Far from Safe to Say that al Qaeda is Dead," *National Post* (Canada), August 3, 2012.
- "The Bin Laden Files," *Foreign Policy*, May 3, 2012.
- "Terrorism and the Coming Decade," *Global Brief*, Oct. 2011.
- "What Will Anwar al Awlaki's Death Really Mean for al Qaeda?," *The Atlantic*, Sept. 30, 2011.
- "Osama's Legacy Remains a Threat," *Hindustan Times* (India), Sept. 10, 2011.
- "Al Qaeda is Winning," *The Atlantic*, Sept. 8, 2011.
- "Does al Qaeda Still Pose a Serious Threat to the U.S.?" *CQ Researcher*, Sept. 2, 2011.
- "Bin Laden's 'War of a Thousand Cuts' Will Live On," *The Atlantic*, May 3, 2011.
- "A Dangerous Neighbor: How Pakistan's Deterioration Harms Afghanistan" (with B. Roggio), *Weekly Standard*, August 6, 2008.
- "Will Yousaf Raza Gilani Change Pakistan?," *Middle East Times*, Apr. 15, 2008.
- "Taliban Defeat in North-West Frontier?," *Middle East Times*, Mar. 6, 2008.
- "While Pakistan Burns," *Weekly Standard*, Oct. 29, 2007.
- "Spinning the Fighting in South Waziristan" (with B. Roggio), *Weekly Standard Online*, Apr. 24, 2007.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered include:

- Panelist, "The Virus of Hate: COVID-19 as a Breeding Ground for Extremism," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 18, 2021.
- "Worldbuilding in the Practice of Wargaming: What Wargamers Can Learn from the Techniques of Hollywood Blockbusters & Bestselling Novelists," National Defense University (webinar), June 30, 2021.

- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.
- "Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.
- "Violent Non-State Actors as Deadly Early Adopters," Canadian Department of National Defence, Ottawa, September 18, 2019.
- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Current and Emerging Technologies," keynote speech, 2019 Sovereign Challenge Program Annual Conference, U.S. Special Operations Command, Pittsburgh, Pa., May 1, 2019.
- "The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.
- "#Extremism: Social Media, Recruitment, Radicalization and Counternarratives," Partnering in Practice: Preventing Social Polarizations conference, Edmonton, Alberta, December 1, 2018.
- "The Past, Present and Future of al-Qaeda," Campbell University, Buies Creek, N.C., September 20, 2018.
- Panelist on Academic Panel, Defense Combating Terrorism Intelligence Conference, Reston, Va., May 15, 2018.
- "The World and I: How Global Events Can Shape the Threats You Confront Locally," keynote speech, Counter Terrorism Symposium, Miami International Airport Auditorium, Miami, Fla., Jan. 23, 2018.
- "Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.
- "The Evolving Jihadist Ideology and Its Implications for the Intentions of al-Qaeda Core and al-Qaeda in Syria," workshop presentation, Canadian Security Intelligence Service, Ottawa, October 3, 2017.

- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.
- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.
- "Future of the Salafi Jihadist Movement" (presenter), The Ideology of Salafi Jihadism, CENTRA Technologies, conference hosted for the U.S. intelligence community, McLean, Va., June 6, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "After the Islamic State: Consequences and Beneficiaries," panelist, Foundation for Defense of Democracies, Washington, D.C., March 7, 2017.
- "A Deep Dive on al-Qaeda's Syrian Branch," Al-Qaeda in 2017 Workshop, Washington Institute for Near East Policy, Washington, DC, March 1, 2017.
- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., February 6, 2017.
- "What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Growing Challenge," keynote address, Social Media Narratives and Extremism Workshop, sponsored by the Near East South Asia Center, National Defense University, Casablanca, Morocco, August 16-17, 2016.
- "The Future of Violent Extremism," Executive Program in Counter-Terrorism, CREATE center, University of Southern California, Los Angeles, August 3, 2016.
- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, DC, July 14, 2016.
- "Transnational Terrorism, Foreign Fighters and Youth Radicalization," Developing Strategies to Address Contemporary Security Challenges on Europe's Southern Flank, George C. Marshall European Center for Security Studies, Garmisch, Germany, May 10, 2016.
- "Jihadism: Can It Be Defeated?," Foundation for Defense of Democracies, Washington Forum, Washington, DC, April 13, 2016.
- "The Competition between the Islamic State and al-Qaeda," The New Global Reality: Challenges and Risks to Regional Stability international conference, Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, DC, May 6, 2015.

- "Mapping the Global Islamist Insurgency," Heritage Foundation, Washington, DC, May 5, 2015.
- "On Tribalism, Jihadists, and Lone Wolf Political Violence," panel, Understanding the Extremist Threat workshop, Institute for National Strategic Studies, Washington, DC, March 11, 2015.
- "Pakistan: Protests and Policy," Foundation for Defense of Democracies, Washington, D.C., September 19, 2014.
- "Terrorism and the United Arab Emirates," National Defense College, Abu Dhabi, September 14, 2014.
- "Competition vs. Cooperation in Global Jihad," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2014.
- "Violent Non-State Actors: Strategies and Tactics in Addressing the Problem," Centre for Public Policy Research, Kochi, India, Dec. 6, 2013.
- "Afghanistan After the United States Drawdown," Takshashila Institution, Bangalore, India, Dec. 5, 2013.
- "Afghanistan After the United States Drawdown," O.P. Jindal Global University, Sonipat, India, Dec. 4, 2013.
- "Afghanistan After the U.S. Withdrawal," Takshashila Institution, Graduate Certificate in Public Policy program (webinar), Nov. 16, 2013.
- Panel: "From A to Z: Al-Qaeda Central and Its Affiliates," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 10, 2013.
- "Tactics to Undermine Terrorist Organizations," University of Maryland at College Park, Washington, D.C., Sept. 10, 2012.
- "Bin Laden's Legacy: Strategy and the Global Fight Against al Qaeda," Association for Intelligence Officers, Kennebunk, Maine, May 19, 2012.
- "The Arab Awakening and the Future of al Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., Feb. 21, 2012.
- "Bin Laden's Legacy," Pakistan Afghanistan Federation Forum, The Pentagon, Arlington, Va., Jan. 20, 2012.
- "Bin Laden's Legacy: U.S. Mistakes in the War on Terror," Cleveland Council on World Affairs, Cleveland, Ohio, Nov. 22, 2011.
- "The Bin Laden Aftermath," World Affairs Council of Greater Richmond, Richmond, Va., Oct. 27, 2011.
- "Bin Laden's Troubled Legacy," New America Foundation, Washington, D.C., Oct. 18, 2011.
- "Bin Laden's Legacy: U.S. Strategy and the 'War on Terrorism,'" High Point University, High Point, N.C., Oct. 7, 2011.
- "9/11/01—Ten Years Later," Campbellsville University, Campbellsville, Ky., Sept. 12, 2011.
- "The Future of Terrorism: Combating the Next Wave," Heritage Foundation, Washington, D.C., Sept. 8, 2011.
- "Are We Safer?" (debate with Peter Bergen), National Consortium for the Study of Terrorism and Responses to Terrorism, University of Maryland, Washington, D.C., Sept. 1, 2011.

- "Bin Laden's Legacy" (Distinguished Speaker Series), National Center for Risk and Economic Analysis of Terrorism Events (CREATE), University of Southern California, Los Angeles, Aug. 4, 2011.
- "Ideas, Identity, and Terror" (keynote speech), The Impact of Identity Politics on Violent Extremism: Regional Perspectives, Global Futures Forum, Monterey, Calif., Apr. 7, 2011.
- "Islamic Radicalization to 2025," Special Operations Command Europe (SOCEUR), Component Commander's Conference, Garmisch, Germany, Nov. 16, 2010.

*Methodology*
I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by U.S. courts.[11] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another in order to better establish baseline facts for my analysis. Here I will explain the framework I employ for understanding VNSAs, and the significance of the method I employ to evaluate relevant factual claims.

The framework I employ for understanding VNSAs is designed to apply across a range of these actors. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can be compared and contrasted with one another.[12] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the full range of VNSAs. These factors include:

- leadership,
- ideology,
- group goals,
- strategy,
- organizational structure,
- recruiting, and
- financial support.[13]

The comparative analysis method allows me to compare information and conclusions among sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) I can make an accurate probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make an accurate probabilistic determination about whether members within a VNSA *believe* the fact at issue to be true.

---

[11] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony in a case where the expert employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.
[12] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.
[13] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations (e.g., intercepted by the U.S. or other governments). These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources serve useful purposes. First, secondary sources can provide useful historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusion against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[14] Evaluating my own conclusions critically enables me to further ensure the accuracy of my corpus of work.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the issues laid out above follows.

## III. Al-Qaeda

This section traces the emergence and evolution of al-Qaeda, along with Iran's material support to the group both prior to and contemporaneous with the attack on Camp Chapman.

*Al-Qaeda's Founding*

Al-Qaeda was founded at the tail end of the Afghan-Soviet War, which began when the Soviet Union invaded Afghanistan in December 1979. The Soviet invasion was prompted by multiple factors, including an Islamist insurgency that threatened the country's pro-Soviet regime, concern that the United States might deepen its role in Afghanistan after the Iranian revolution had undermined U.S. regional interests, and infighting among Afghanistan's communists that culminated in bloody internecine clashes and the assassination of the Afghan president, Nur Mohammed Taraki.[15] Though the Soviet general staff opposed the invasion, Leonid Brezhnev, the general secretary of the Communist Party, insisted that military operations in Afghanistan would end successfully in three to four weeks.[16]

---

[14] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

[15] Gregory Feifer, *The Great Gamble: The Soviet War in Afghanistan* (New York: Harper Perennial, 2009), pp. 9–54.

[16] Seth G. Jones, *In the Graveyard of Empires: America's War in Afghanistan* (New York: W. W. Norton, 2010), p. 18.

The war did not turn out as Brezhnev predicted. The Soviets withdrew only after nine years of costly occupation, during which they experienced stiff resistance from Afghan mujahedin backed by the United States, Saudi Arabia, and Pakistan. The mujahedin were the beneficiaries of the largest U.S. covert aid program since the Vietnam War, with American support (totaling around $3 billion) matched dollar for dollar by Saudi Arabia. The Americans provided the mujahedin with supplies and weaponry, including Stinger missiles that helped to negate the Soviet airpower advantage.



*Osama bin Laden.*

A contingent of Arab fighters, including al-Qaeda founder Osama bin Laden, participated in the insurgency. They are frequently referred to as the "Afghan Arabs." The Haqqani network will be discussed in full detail later in this report, but it is worth noting that many histories of the Afghan Arabs neglect the vital role that the Haqqani network played for Arab foreign fighters. For one thing, while Palestinian cleric Abdullah Azzam is famous for his fatwa declaring it an individual duty (*fard ayn*) for Muslim males from across the world to travel to South Asia to fight the Soviets, in fact "Jalaluddin Haqqani preceded 'Azzam in this innovation by several years, and was the first Afghan Islamist known to have actively recruited Arab foreign fighters into his ranks."[17] Even before bin Laden first set foot on a battlefield, a number of key early members of al-Qaeda had made their way to the front lines, fighting as a part of the Haqqani contingent.[18]

Bin Laden traveled to Pakistan in the early 1980s, soon after the Afghan-Soviet War began. Once he arrived, bin Laden became "a major financier of the mujahedin, providing cash to the relatives of wounded or martyred fighters, building hospitals, and helping the millions of Afghan refugees fleeing to the border region of Pakistan."[19] Bin Laden and Abdullah Azzam founded an organization known as the Maktab al-Khidmat (MAK), which was dedicated to integrating Arabs into the anti-Soviet struggle by placing them with relief organizations or alongside Afghan factions on the battlefield.

Bin Laden's first trip to the front lines in Afghanistan in 1984 left a lasting impression on him and gave him a thirst for more action. In 1986, he established a base for Arab fighters near Khost in eastern Afghanistan, where the Soviets had a garrison. This was a divisive move. For example, Jamal Khalifa, a university classmate of bin Laden's who was also involved in the anti-Soviet resistance, was concerned about bin Laden's lack of military experience and believed these plans would result in many Arabs being needlessly killed.[20] After a confrontation over bin Laden's plans, the two friends became distant. Similarly, Azzam thought Arab fighters should be embedded with Afghan units to teach the latter "true Islam," and opposed a separate Arab force.

[17] Vahid Brown & Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* Kindle ed. (New York: Oxford University Press, 2013), loc. 197.
[18] Ibid., locs. 1170-76.
[19] Bruce Riedel, *The Search for al Qaeda: Its Leadership, Ideology, and Future* (Washington, D.C.: Brookings Institution Press, 2008), p. 42.
[20] Peter L. Bergen, *The Longest War: The Enduring Conflict between America and al-Qaeda* (New York: Free Press, 2011), p. 14.

But bin Laden and his comrades-in-arms nonetheless established the base near Khost. They called it al-Masada, Arabic for *the lion's den*. They were attacked by the Soviets in the spring of 1987, which was unsurprising given al-Masada's proximity to a Soviet garrison. Bin Laden and his comrades unexpectedly held their ground against Russian special forces (*spetsnaz*). There are varying accounts of the battle, with members of the mujahedin fighting force claiming they routed the Soviets through superior tactics.[21] Even if their tales are hyperbolic, it is clear that the Arab fighters performed better than the Soviets expected. The battle launched bin Laden to prominence, and the Arab media hailed him as a war hero.[22] This battle was thus "a tipping point" for the mobilization of Arab foreign fighters to the Afghanistan theater: Because it increased the prominence of Arab foreign fighters and drew others to the theater, following this battle "recruitment transcended personal social networks."[23]

The Afghan Arabs were insignificant to the military defeat that Russia experienced in Afghanistan. But that factor makes the Soviet defeat no less real. The last of the Soviet forces left Afghanistan in 1989.

Al-Qaeda was founded in the final days of the Afghan-Soviet war. The minutes from al-Qaeda's first meetings in August 1988 were ambiguous as to the group's objectives. Though these minutes explained that al-Qaeda's goal was to make Islam "victorious," they lacked explanation of what victory meant or how it might be achieved. The minutes revealed, though, that considerable attention was devoted to al-Qaeda's organizational structure.[24]



*Abdullah Azzam.*

Since he is mentioned earlier, it is worth saying a bit more about Abdullah Azzam, the godfather of modern jihadism. Azzam was a key figure in the anti-Soviet efforts. After the Soviets invaded Afghanistan in 1979, he authored several widely read fatwas (or religious edicts), including one establishing that jihad in Afghanistan was an individual obligation so long as it was occupied by forces from outside the Muslim-majority world. Indeed, Azzam ruled that individual jihad was a religious duty as long as even a small sliver of land the size of an individual's hand was occupied by non-Muslim forces. Azzam had scholarly credentials and a charisma that inspired others, so his fatwas proved to be especially influential.

---

21 Camille Tawil, *Brothers in Arms: The Story of al-Qa'ida and the Arab Jihadists* (London: Saqi, 2011), p. 19.

22 Steve Coll, *Ghost Wars: The Secret History of the CIA, Afghanistan, and bin Laden, from the Soviet Invasion to September 10, 2001* (New York: Penguin Books, 2004), p. 163.

23 Thomas Hegghammer, *Jihad in Saudi Arabia* (Cambridge: Cambridge University Press, 2010), p. 45.

24 See the founding minutes at http://intelfiles.egoplex.com/1988-08-11-founding-of-al-qaeda.pdf. For an extended discussion of al-Qaeda's organizational structure at the time of its founding, see Daveed Gartenstein-Ross & Nathaniel Barr, "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design," *Current Trends in Islamist Ideology*, May 30, 2018; *National Commission on Terrorist Attacks Upon the United States: Twelfth Public Hearing* (June 16, 2004).

Azzam was killed in a mysterious explosion in 1989, but his teachings have endured and are still an essential part of al-Qaeda's doctrine.[25] Although the MAK was originally formed to recruit and train fighters for the war against the Soviets, bin Laden concluded that it was not being run effectively.[26] Despite MAK's deficiencies, bin Laden concluded that the organization he had established in South Asia could serve as the foundation (or the base, which is what *al-Qaeda* means in Arabic) for a broader revolutionary endeavor. In bin Laden's thinking, jihadists should be prepared "to fight anywhere in the world."[27]

Though Azzam was a seminal figure in the development of jihadist doctrine, he was hardly the only ideologue or operator to influence bin Laden's thinking. As mentioned earlier, bin Laden forged an early alliance with Jalaluddin Haqqani, a warlord whose control over the border region straddling eastern Afghanistan and Pakistan proved to be invaluable in the fight against the Soviets. Al-Qaeda's first training camp was established in territory controlled by Haqqani and his eponymous network in eastern Afghanistan.[28] As will be discussed subsequently, the Haqqani Network proved to be a crucial ally for al-Qaeda in the decades to come, sheltering al-Qaeda members and like-minded militants from other jihadist organizations in northern Pakistan during the height of the U.S. drone campaign. One such group, the Tehrik-i-Taliban Pakistan (TTP), is closely allied with al-Qaeda and the Haqqani Network to this day and (as explained elsewhere in this report) played an instrumental role in the attack on Camp Chapman.[29]

Egyptian jihadists also became some of bin Laden's key allies and helped build al-Qaeda into a global organization. After the assassination of President Anwar Sadat in 1981, the Egyptian government cracked down on two of the leading militant groups in the country: the Islamic Group (*al-Gamaa al-Islamiyya*, or IG) and Egyptian Islamic Jihad (EIJ). Both organizations considered Omar Abdel Rahman, the so-called "Blind Sheikh," to be a spiritual authority.[30] After his release from an Egyptian prison, Abdel Rahman relocated to Pakistan, where he backed bin Laden's project. The Blind Sheikh later moved to Jersey City, New Jersey, and was eventually charged, convicted, and imprisoned for his role in inspiring the 1993 World Trade Center (WTC) bombing and a follow-on plot against major landmarks in the New York City area. Although there is uncertainty regarding bin Laden's ties to those terrorist plots, his nascent al-Qaeda did have connections to some of the men who carried them out, including Abdel Rahman and Ramzi Yousef, the chief bombmaker in the 1993 WTC attack.[31]

---

[25] For example, Azzam's teachings are regularly cited in al-Qaeda's videos. See discussion in Thomas Joscelyn, "Zawahiri Lectures on Global Jihad, Warns of National Bourdaries," *Long War Journal*, June 10, 2017.

[26] See discussion in Peter Bergen & Paul Cruickshank, "Revisiting the Early Al Qaeda: An Updated Account of Its Formative Years," *Studies in Conflict & Terrorism* 35:1 (2012).

[27] National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 56.

[28] Brown & Rassler, *Fountainhead of Jihad*, loc. 203.

[29] For a discussion of TTP's close relationship with the Haqqanis, see Brown & Rassler, *Fountainhead of Jihad*, locs. 229-30, 249, 251, 254, and 256.

[30] National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 56.

[31] These connections are extremely well documented. For one sour ce discussing them, see *National Commission on Terrorist Attacks Upon the United States: Twelfth Public Hearing* (June 16, 2004) (noting that Ramzi Yousef "trained in camps in Afghanistan that were funded by Bin Ladin and used to train many al Qaeda operatives" and also that "a number of other individuals connected to the 1993 and 1995 plots or to some of the other plotters either were or later became associates of Bin Ladin").



*Ayman al-Zawahiri.*

Another Egyptian, Dr. Ayman al-Zawahiri, would prove to be an even more crucial ally for bin Laden. Like Abdel Rahman, Zawahiri had been imprisoned after Sadat's assassination and made his way to Pakistan after his release. The EIJ faction led by Zawahiri would formally merge with bin Laden's al-Qaeda prior to the 9/11 attacks. Well before their formal unification, EIJ members joined bin Laden's al-Qaeda and helped the group carry out some of its most deadly plans, including the August 7, 1998, suicide bombings against American embassies in Kenya and Tanzania. Zawahiri was one of bin Laden's closest comrades since the late 1980s. He eventually became bin Laden's deputy (and ultimately became al-Qaeda's emir after bin Laden's death). As will be discussed later, Zawahiri featured prominently in the attack on Camp Chapman.

*Al-Qaeda Relocates to Sudan*

After the Soviet Union retreated from Afghanistan, bin Laden moved to Saudi Arabia. His stay there would be short-lived. In August 1990, Saddam Hussein's Iraq invaded Kuwait. The Iraqi dictator's advance into Kuwait uprooted bin Laden's relationship with the Saudi regime, which justifiably feared that Saddam would extend his military campaign into its territory. Bin Laden approached the Saudi royals, proposing that he and his men could protect the Kingdom on their own with an "Islamic army" of 60,000 men.[32]

Bin Laden's offer was delusional. He didn't have nearly that many fighters, let alone the capability to repel Saddam's Republican Guard. Riyadh declined his offer and defense of the land of the two holy mosques fell to an American-led coalition that used Saudi Arabia as a staging area for the campaign to liberate Kuwait in early 1991. Much of the world celebrated the American-led victory, but bin Laden did not. For him, the presence of American forces in the Islamic holy land was a sacrilege, far worse than Iraq's occupation of Kuwait.

In April 1991, less than a year after the invasion of Kuwait, bin Laden quietly slipped out of Saudi Arabia.[33] The Saudis had revoked his passport, but bin Laden surreptitiously made his way to Sudan, which was then ruled by the National Islamic Front (NIF). In the late 1980s, bin Laden had forged a relationship with Hassan al-Turabi, a prominent Sudanese politician, and agreed to bolster the NIF. Before relocating to Sudan, Bin Laden agreed to build roads in the country and support the NIF in its war against Christian separatists based in the country's south. Bin Laden expanded his support for the NIF after relocating to Sudan, using his wealth and construction expertise to build up the country's infrastructure.

According to the *9/11 Commission Report*, during his time in Sudan, bin Laden "had a vision of himself as head of an international jihad confederation."[34] Bin Laden established an "Islamic Army Shura,"

[32] Coll, *Ghost Wars*, p. 222.

[33] National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 57.

[34] Ibid., p. 58.

which "was to serve as the coordinating body for the consortium of terrorist groups with which he was forging alliances."[35] The Shura "was composed of his own al Qaeda Shura together with leaders or representatives of terrorist organizations that were still independent."[36]

As part of this Islamic army, bin Laden "enlisted groups from Saudi Arabia, Egypt, Jordan, Lebanon, Iraq, Oman, Algeria, Libya, Tunisia, Morocco, Somalia, and Eritrea."[37] Not every jihadist group in these countries joined bin Laden's joint venture, but at least one from each state did. The burgeoning al-Qaeda network "also established cooperative but less formal relationships with other extremist groups … from the African states of Chad, Mali, Niger, Nigeria, and Uganda; and from the Southeast Asian states of Burma, Thailand, Malaysia, and Indonesia."[38] Al-Qaeda also supported jihadist efforts in the Balkans, Central Asia, Chechnya, and the Philippines. This was part of bin Laden's strategy, in which al-Qaeda pursued a "pattern of expansion through building alliances" and laid the "groundwork for a true global terrorist network."[39]

Al-Qaeda was also willing to work with state actors. While building the "Islamic Army" in Sudan, both bin Laden and Zawahiri reached out to Iran for assistance. The Iranians and Hizballah, Iran's chief terrorist proxy, agreed to help. Zawahiri had studied the Iranian revolution and saw it as a potential model for the transformation of his own native country of Egypt.[40] The Iranian government publicly supported the assassination of Anwar Sadat, even naming a street after the Egyptian president's killer, Khalid Islambouli. Khalid's brother, an Egyptian militant named Mohammed Islambouli, received safe haven in Iran after the overthrow of the Taliban's regime in late 2001.[41] Zawahiri reportedly visited Iran in the early 1990s and secured an agreement in which Tehran provided $2 million in funding, as well as training for EIJ operatives, for operations against President Hosni Mubarak's regime in Egypt.[42]

Meanwhile, bin Laden pursued his own relationship with the Iranians and Hizballah. Bin Laden was especially impressed with how Iranian-sponsored terrorists had bombed the U.S. Marine Barracks, the U.S. Embassy, and other Western targets in Lebanon in the 1980s.[43] On October 23, 1983, two Hizballah suicide bombers struck the Marine Barracks and the headquarters for French paratroopers. The twin blasts killed 241 U.S. Marines, 58 French military personnel, and several civilians. The bombings helped drive U.S. forces out of Lebanon, where they had been taking part in a peacekeeping mission. Bin Laden wanted to employ the same tactic against the Americans.

EIJ operatives played a key role in brokering bin Laden and al-Qaeda's relationship with Iran and Hizballah. One EIJ member, Ali Mohamed, served as Zawahiri's subordinate and arranged security for a meeting between bin Laden and Hizballah's chief terrorist, Imad Mughniyeh. "I was aware of certain contacts between al-Qaeda and al-Jihad organization [EIJ], on one side, and Iran and Hizballah on the other side," Mohamed told the U.S. District Court for the Southern District of New York in

---

35 Ibid.
36 Ibid.
37 Ibid.
38 Ibid.
39 Ibid.
40 Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11* (New York: Alfred A. Knopf, 2006), p. 174.
41 Thomas Joscelyn, "CIA Releases Video of Hamza bin Laden's Wedding," *Long War Journal*, November 1, 2017.
42 Wright, *The Looming Tower*, p. 174.
43 National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 61.

2000.[44] "I arranged security for a meeting in the Sudan between Mughniyah, Hezbollah's chief, and Bin Laden," Mohamed admitted.[45] Imad Mughniyeh was the head of Hizballah's terrorist operations and is suspected of orchestrating the 1983 Lebanon bombings, as well as other terrorist operations targeting Western forces and interests in Lebanon. According to Mohamed, Hizballah subsequently "provided explosives training for al-Qaeda and al-Jihad [EIJ]," as well as providing them with explosives.[46] Testifying before the same court, al-Qaeda defector Jamal al-Fadl described the same training. Fadl told the court that he spoke with another al-Qaeda operative, Abu Talha al-Sudani, who attended Hizballah's training in Lebanon. According to Fadl, Sudani described Hizballah's training as "very good," and showed Fadl a videotape from the training, which dealt with how to blow up "big buildings."[47]

The 9/11 Commission added context for the training described by Mohamed and al-Fadl, explaining that discussions between al-Qaeda and Iranian operatives in late 1991 or 1992 "led to an informal agreement to cooperate in providing support—even if only training—for actions carried out primarily against Israel and the United States."[48] Shortly after these discussions, "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives."[49] Then, during the "fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security."[50] The trainees who received instruction from Iran and Hizballah included al-Qaeda's "top military committee members," as well as al-Qaeda terrorists who belonged to the cell responsible for attacking the U.S. Embassy in Kenya.[51] Indeed, the 9/11 Commission found that the training provided by Iran and Hizballah gave al-Qaeda the "tactical expertise" it required for the 1998 U.S. Embassy bombings, which claimed 224 lives and injured more than 4,000 people.[52]

The U.S. District Court for the District of Columbia subsequently confirmed the 9/11 Commission's conclusion, finding Iran played a causal role in the 1998 U.S. Embassy attacks. In *Owens v. Republic of Sudan* (in which Iran was also a defendant), the Court found that "prior to their meetings with Iranian officials and agents, bin Laden and al-Qaeda did not possess the technical expertise required to carry out the embassy bombings in Nairobi and Dar es Salaam. The Iranian defendants, through Hezbollah, provided explosives training to bin Laden and al-Qaeda and rendered direct assistance to al-Qaeda operatives."[53]

*Al-Qaeda's Leaders Return to Afghanistan*

In May 1996, Osama bin Laden relocated from Sudan back to Afghanistan. The United States and other countries had pressured Sudan to expel bin Laden and in April 1996 the United Nations (UN) sanctioned the Sudanese government for "harboring individuals from the group that had attempted to assassinate Egyptian President Mubarak" in a June 1995 attack.[54] While in Sudan, bin Laden harbored the Egyptian terrorists, members of the IG, which was responsible for the plot against

44 *United States v. Mohamed*, S(7) 98 Cr. 1023, (S.D.N.Y., October 28, 2000), p. 28.
45 Ibid.
46 Ibid.
47 Transcript, Day 2, *United States v. Bin Laden,* No. S(7) 98 Cr. 1023 (S.D.N.Y, February 6, 2001).
48 National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 61.
49 Ibid.
50 Ibid.
51 Ibid., p. 68.
52 Ibid.
53 *Owens v. Republic of Sudan*, 826 F.Supp.2d 128, 135 (D.D.C., 2011).
54 *National Commission on Terrorist Attacks Upon the United States: Twelfth Public Hearing* (June 16, 2004).

Mubarak.[55] Al-Qaeda had maintained training camps and other facilities in Afghanistan and Pakistan during bin Laden's time in Sudan, so the group didn't have to make a fresh start in the region.[56]

In August 1996, bin Laden publicly declared war on America, accusing it of occupying Islam's two holiest sites in Saudi Arabia and calling on Muslims to "expel the heretics" from the Arabian Peninsula.[57] Weeks later, in September 1996, the Taliban overran Kabul. Bin Laden already had close ties to Jalaluddin Haqqani and his eponymous network, which joined the Taliban's ranks. But bin Laden also "began cementing his ties with the Taliban" directly, including the group's leader, Mullah Omar, and "they soon forged a close alliance."[58] In the years that followed, the United States and its allies put significant pressure on the Taliban to break with bin Laden and al-Qaeda. However, this effort failed. Mullah Omar stood by bin Laden even as al-Qaeda continued to plan terrorist attacks against America.

The relationship between al-Qaeda and the Taliban was mutually beneficial. The two shared "ideological ties."[59] In fact, bin Laden recognized the Taliban's Islamic emirate as the world's only religiously legitimate regime and swore an oath of allegiance (*bayah*) to Mullah Omar as the rightful ruler. Bin Laden provided the Taliban with "significant financial support," as well as "hundreds, if not thousands, of fighters to support" the Taliban's war against other factions in Afghanistan.[60] In return, al-Qaeda received "sanctuary in which to train and indoctrinate recruits, import weapons, forge ties with other jihad groups and leaders, and plan terrorist operations."[61] The Taliban's safe haven was so permissive that al-Qaeda "fighters could travel freely within the country, enter and exit without visas or any immigration procedures, and enjoy the use of official Afghan Ministry of Defense license plates," as well as use the "Afghan state-owned Ariana Airlines to courier money into the country."[62] Al-Qaeda expanded its network of training camps in Afghanistan from 1996 onward. According to the 9/11 Commission, "thousands of men, perhaps as many as 20,000" were trained in al-Qaeda-sponsored camps between bin Laden's return to Afghanistan in May 1996 and September 11, 2001.[63]

Recruits and other operatives going to and from al-Qaeda's training camps in Afghanistan transited through Pakistan and Iran. The 9/11 Commission also found "strong indications that elements of both the Pakistani and Iranian governments frequently turned a blind eye to this transit through their respective countries."[64] Indeed, the groundwork for this travel facilitation was laid in the mid-1990s, when senior al-Qaeda associate Mustafa Hamid "negotiated a secret relationship between Usama Bin Laden and Iran, allowing many al Qaida members safe transit through Iran to Afghanistan."[65]

---

55 National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 62.

56 Ibid., p. 7.

57 Osama bin Laden, "Declaration of Jihad Against the Americans Occupying the Land of the Two Holy Mosques [Arabic]," August 23, 1996; U.S. Department of State, Bureau of South Asian Affairs, "Fact Sheet: The Charges Against International Terrorist Usama Bin Laden," U.S. Department of State Archive, n.d.

58 "Overview of the Enemy Public Statement No. 15," Twelfth Public Hearing, *National Commission on Terrorist Attacks upon the United States*, June 2004, p 7.

59 *National Commission on Terrorist Attacks Upon the United States: Twelfth Public Hearing*, (June 16, 2004), p. 7.

60 Ibid.

61 Ibid.

62 Ibid.

63 Ibid., p. 10.

64 Ibid.

65 U.S. Department of the Treasury, press release, "Treasury Targets al Qaeda Operatives in Iraq," January 16, 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx.

Iran also played a central role in facilitating al-Qaeda's activities in the Arabian Peninsula around this time, helping the group expand its network in Yemen. Al-Qaeda exercised some influence in Yemen as early as 1988, supporting anti-communist jihadists during the country's civil war.[66] Iran helped transform this limited influence into a more potent operation by serving as a transit route for al-Qaeda members traveling to and from the Gulf. According to Dr. Patrick Clawson, the director of research at the Washington Institute for Near East Policy, "during the late 1990s and through 2000," Iran was the "common route" for al-Qaeda members transiting between Afghanistan and Yemen.[67] Indeed, senior al-Qaeda leader Saif al-Adel identified Iran in 1999 as a "safe passage for the fraternal brothers after the Pakistani authorities began to tighten the noose around our movement."[68]

Much of this Iranian support was rendered through its Ministry of Intelligence and Security (MOIS) and the Islamic Revolutionary Guard Corps (IRGC). In its 2000 report *Patterns of Global Terrorism*, the U.S. Department of State noted that these two Iranian organs had supplied "support—including funding, training and logistics assistance—to extremist groups in the Gulf" of Aden, as well as other areas.[69]

The U.S. District Court for the District of Columbia later found that Iran's support to al-Qaeda in the Gulf played a causal role in the October 2000 suicide bombing attack on the USS *Cole*, which killed 17 American sailors while the vessel was re-fueling in the Port of Aden. The Court concluded that Iran, "through the provision of material support and resources (the financial support, support for training, and facilitation of travel) to Bin Laden and Al-Qaeda, facilitated the planning and execution of the attack on the Cole."[70] In finding Iran culpable in the *Cole* bombing, the Court reasoned that "Iran took primary responsibility for transferring, via Lebanese Hizballah, extensive technical expertise to Al-Qaeda and other terrorist organizations." The court also determined that al-Qaeda "used Iran as a 'transit point' for moving money and fighters." Finally, the court held that "in the years leading up to the Cole bombing, Iran was directly involved in establishing Al-Qaeda's Yemen network and supported training and logistics for Al-Qaeda in the Gulf region."[71]

The travel facilitation that Iran provided to al-Qaeda also helped the terrorist group to execute the 9/11 attacks—even if Iran did not necessarily know that al-Qaeda was then preparing such a massive operation on U.S. soil. According to the 9/11 Commission, at least eight and possibly as many as ten of the 15 Saudi hijackers involved in the 9/11 attacks passed through Iran while en route to Afghanistan between October 2000 and February 2001.[72] This was a preferred route for moving al-Qaeda operatives during this period, as Tehran instructed its border guards not to stamp the passports

---

[66] Peter L. Bergen, *The Osama bin Laden I Know* (New York: Free Press, 2006), pp. 108-09; Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 22.
[67] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 21.
[68] Bergen, *The Osama bin Laden I Know*, p. 354.
[69] Bureau of Counterterrorism and Countering Violent Extremism, U.S. Department of State, *Patterns of Global Terrorism, 2000* (Washington, D.C., April 2001), https://2009-2017.state.gov/j/ct/rls/crt/2000/.
[70] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 32, https://www.govinfo.gov/content/pkg/USCOURTS-dcd-1_10-cv-01643/pdf/USCOURTS-dcd-1_10-cv-01643-0.pdf.
[71] Ibid., p. 35.
[72] *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States* (New York: W.W. Norton, 2004), p. 240; *Unclassified Version of Director of Central Intelligence George J. Tenet's Testimony Before the Joint Inquiry into Terrorist Attacks against the United States*, Central Intelligence Agency, June 18, 2002, https://www.cia.gov/news-information/speeches-testimony/2002/dci_testimony_06182002.html.

of these operatives, effectively cloaking their movements. Among other things, neglecting to stamp the passports was an attempt by Iran to disguise its support for al-Qaeda.[73]

Following a subsequent civil lawsuit brought against Iran, a District Court ruled that this travel facilitation, along with other avenues of support, constituted direct material support to al-Qaeda. The Court found that Iran played a causal role in the cataclysmic events of September 11, 2001. The Court held that:

> The Islamic Republic of Iran provided material support and resources to al Qaeda for acts of terrorism, including the extrajudicial killing of the victims of the September 11, 2001 attacks. The Islamic Republic of Iran provided material support or resources, within the meaning of 28 U.S.C. § 1605A, to al Qaeda generally. Such material support or resources took the form of, *inter alia*, planning, funding, facilitation of the hijackers' travel and training, and logistics, and included the provision of services, money, lodging, training, expert advice or assistance, safehouses, false documentation or identification, and/or transportation….
>
> Plaintiffs have established that the 9/11 attacks were caused by Defendants' provision of material support to al Qaeda.[74]

*Post-9/11 Iranian Support for al-Qaeda.*

Iranian support for al-Qaeda continued following 9/11. Acting through a deal that Abu Hafs al-Mauritani (born Mahfouz Ibn El Waleed) brokered with the IRGC's elite Quds Force, Tehran gave safe passage and sanctuary to hundreds of jihadists fleeing Afghanistan in the wake of the U.S.-led invasion to overthrow the Taliban.[75] Fighters in the first wave fleeing Afghanistan were detained, but were then deported to countries of their choice after being documented, with some issued special traveling papers by Iran to facilitate their exit. While detained, these fighters were provided with comfortable accommodations, rather than being held in military or prison facilities.[76] Indeed, Gen. Qassem Suleimani, the head of the Quds Force, reportedly took "personal responsibility" for tending to the fleeing family of Osama bin Laden, as well as senior al-Qaeda members, when they "sought sanctuary in Iran in 2002."[77]

In addition to foot soldiers and volunteers, the Islamic Republic permitted entry to some of al-Qaeda's highest-ranking members, including, among others, Saif al-Adel, Abu Muhammad al-Masri (a leading al-Qaeda figure who was involved in the 1998 East African embassy attacks), Abu Musab al-Suri (one of al-Qaeda's most influential strategic voices), Sa'ad and Hamza bin Laden (Osama's sons) and Abu Musab al-Zarqawi (the future leader of al-Qaeda in Iraq).[78] Other al-Qaeda figures who found refuge in Iran after fleeing Afghanistan included Abu Anas al-Libi (a prominent Libyan member who played

---

73 *Havlish v. Bin Laden*, No. 09848 (S.D.N.Y., December 22, 2011), p. 23.

74 Ibid., pp. 50-51.

75 Brian McHugh et al., "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 7; Cathy Scott-Clark and Adrian Levy, *The Exile: The Stunning Inside Story of Osama Bin Laden and Al Qaeda in Flight* (New York: Bloomsbury, 2017) p. 146.

76 "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; Scott-Clark and Levy, *The Exile*, p. 146.

77 Scott-Clark & Levy, *The Exile*, p. 520.

78 Adrian Levy & Cathy Scott-Clark, "Al Qaeda Has Rebuilt Itself – With Iran's Help," *The Atlantic,* November 11, 2017.

an important role in the 1998 East Africa embassy bombings), Abu Malik al-Libi (a talented combatant), Atiyah Abd al-Rahman (a key al-Qaeda manager, responsible for maintaining communications between al-Adel in Iran and bin Laden in Pakistan), Thirwat Saleh Shihata (a former deputy to Zawahiri), and Mohammed Islambouli.[79] Iran monitored and surveilled al-Qaeda members in its territory, with the goal of maximizing the utility that al-Qaeda could offer to Iranian foreign policy objectives (consistent with Iran's pre-9/11 assistance to al-Qaeda) while staving off the dangers that the terrorist group might pose to Iran. The movements and residences of these al-Qaeda members were restricted, and they were sporadically detained.[80] Even so, Iran did little to prevent some of these operatives from carrying out their roles in al-Qaeda. As Brian Fishman notes in *The Master Plan*, Saif al-Adel was "living freely in Shiraz when the United States invaded Iraq," and "he continued to play a key role in al-Qaeda's broader command structure." Al-Adel's "captors clearly gave him leeway to remain a productive member of al-Qaeda's leadership" during this time period.[81]

By June 2003, just three months after the U.S. invasion, U.S. intelligence officials were already speaking publicly about Iran's support for al-Qaeda militants inside Iraq. One news report published that month noted, for example: "American intelligence officials said that Iran's Ministry of Intelligence and Security, and the Qods Division of the Islamic Revolutionary Guards Corps … are deeply involved in supporting terrorists, including al Qaeda."[82]

The Iran-based al-Qaeda hub rapidly established a so-called "management council" charged with providing strategic assistance to al-Qaeda's main leadership that had regrouped in Pakistan. This cadre helped to plan and direct the October 2003 truck bombing of a Western housing complex in Riyadh, Saudi Arabia, suicide strikes against multiple targets in Casablanca, Morocco that same month, and the bombing of the El-Ghriba synagogue in Djerba, Tunsia in 2002.[83]

Primarily due to pressure from the United States and other Arab states in the wake of these attacks, Iran did detain several leading al-Qaeda figures who were sheltering in the country. However, it never specified who these operatives were. Further, subsequently uncovered evidence revealed that key management council members—including Atiyah and Muhammad Islambouli—were still allowed to operate with relative impunity. It is now known that for the most part the detained al-Qaeda figures

---

[79] See "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; "Letter Dated 5 April 2011," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%205%20April%202011.pdf; Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa'ida's Tactical Cooperation," *CTC Sentinel* 10:4 (April 2017); U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011; Adam Goldman, "Senior al-Qaeda Figure Leaves Iran Amid a Series of Departures by Terrorist Suspects," *The Washington Post*, February 14, 2014.

[80] Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 209; "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf.

[81] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 679-86.

[82] "U.S. Says Iran Harbors al Qaeda Associate," *Washington Times*, June 10, 2003.

[83] Levy & Scott-Clark, "Al-Qaeda Has Rebuilt Itself – With Iran's Help"; Daniel Byman, "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda," IHS Defense, Risk and Security Consulting (July 2012), p. 31; Moghadam, "Marriage of Convenience"; Toby Dershowitz, "Iran's Support for al-Qaeda is Incompatible with FATF Standards," Foundation for Defense of Democracies, February 6, 2019, https://www.fdd.org/analysis/2019/02/06/irans-support-for-al-qaeda-is-incompatible-with-fatf-standards/; Seth Jones, "Al Qaeda in Iran; Why Teheran is Accommodating the Terrorist Group," *Foreign Affairs*, January 29, 2012.

were held under a loose form of military house arrest that afforded a relatively high degree of movement. In a 2013 interview with the FBI, Sulayman Abu Ghayth, who had served as al-Qaeda's chief spokesman in the immediate aftermath of 9/11, described the accommodations at these sites:

> GHAYTH advised that while initially incarcerated, the Iranians were official and formal and treated them well. They never received any verbal or physical abuse and they were told that treating them well was a recommendation from their leadership. GHAYTH stated that they were never interrogated and were only asked simple questions during the first week of incarceration…. After one year and eight months, they were moved to a military camp for approximately six months (Iran Location #2). GHAYTH said that Iran Location #2 was like a rest area for soldiers…. While incarcerated at Iran Location #2, they heard military training and anthems being sung. They were in a 100m by 100m compound and free to go in and out of their individual apartments within the military compound. The compound also had a mosque and soccer field…. After six months in Iran Location #2, they were set up in apartment like housing in which they stayed for approximately four years (Iran Location #3). Iran Location #3 was within the same Tehran military compound in which Iran Location #2 was located, but just in a different section of the overall compound…. After approximately four years at Iran Location #3, GHAYTH and his family, and the others who were co-located with GHAYTH at Iran Location #3 … were relocated to new accommodations within the same military compound in Tehran (Iran Location #4). Iran Location #4 was a walled off area with multiple houses, each with a yard, surrounding a central courtyard/playground. Each family had its own house at Iran Location #4. GHAYTH believed that the Iranians spent about a year refurbishing Iran Location #4 to get it ready for them…. GHAYTH and his fellow detained remained at Iran Location #4 until GHAYTH's recent release from Iranian custody, a time-period of approximately three and a half years.[84]

While the Iranians held some al-Qaeda operatives under a loose form of house arrest, others were allowed to go about their business. In June 2008, the U.S. Treasury Department designated `Abd al-Rahman Muhammad Jaffar `Ali, an al-Qaeda "financier and facilitator" based in Bahrain, as a terrorist. The press release accompanying `Ali's designation noted that he "provided significant funding to" al-Qaeda, and moved money "to a senior al Qaeda facilitator in Iran."[85] Treasury also designated Adil Muhammad Mahmud Abd al-Khaliq, who worked for both al-Qaeda's senior leaders and also the Libyan Islamic Fighting Group (LIFG), as a terrorist.[86] Treasury explained that "between 2004 and 2007, Abd al-Khaliq traveled to Iran five times on behalf of al Qaeda and the LIFG for his facilitation duties," and that he "met with senior al-Qaeda facilitators" during "each of these trips" to Iran.[87]

*Al-Qaeda's "Core Pipeline" in Iran*

During the 2011 raid on Osama bin Laden's compound in Abbottabad, Pakistan, U.S. forces seized a letter that bin Laden wrote in 2007 to a jihadist referred to as "Karim," likely Abu Ayyub al-Masri (a.k.a. Abu Hamza al-Muhajir), who was then one of the Islamic State of Iraq's two most senior

---

[84] Brian McHugh et al., "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document no. 415-A-NY-307616, March 1, 2013, pp. 8-12.

[85] U.S. Department of the Treasury, press release, "Treasury Designates Gulf-Based al Qaida Financiers," June 5, 2008.

[86] Ibid.

[87] Ibid.

leaders. In it, bin Laden highlighted Tehran's criticality to his movement's operations, commenting: "Iran is our main artery for funds, personnel, and communication.… There is no need to fight with Iran unless you are forced."[88]

In July 2011, the U.S. Treasury Department revealed new details concerning this same facilitation network inside Iran and how it connects to terrorist fundraisers throughout the Gulf States. Treasury described this network as al-Qaeda's "core pipeline."[89] Importantly, al-Qaeda operated this critical transit network before, during, and after the group's involvement in the execution of the Camp Chapman bombing.

Throughout much of the post-9/11 period, the al-Qaeda facilitator overseeing this Iran-based network was a jihadist named Ezedin Abdel Aziz Khalil, also known as Yasin al-Suri. According to the Treasury Department, "Iranian authorities maintain a relationship with Khalil and have permitted him to operate within Iran's borders since 2005." That is, Khalil's role inside Iran began at least four years prior to the Camp Chapman bombing. Khalil's activities include moving "money and recruits from across the Middle East into Iran, then on to Pakistan," where they serve senior al-Qaeda leaders. He has also arranged for al-Qaeda members detained inside Iran to be freed and sent to Pakistan. The Iranians do not merely turn a blind eye to Khalil's activities. Instead, Khalil operates "under an agreement between al Qaeda and the Iranian government."[90]

The agreement between al-Qaeda and the Iranian government was negotiated by Khalil, "with the knowledge of now-deceased al-Qa'ida leader Atiyah Abd al Rahman."[91] As explained elsewhere in this report, Atiyah was personally involved in the Camp Chapman bombing. One way that al-Qaeda and Tehrik-i-Taliban Pakistan lured CIA officers into their trap was by providing footage of the future Camp Chapman attacker meeting with Atiyah, who had long been wanted by American authorities. Atiyah was one of Osama bin Laden's most important lieutenants. The U.S. Treasury Department found that Atiyah was "appointed by Osama bin Laden to serve as al Qaeda's emissary in Iran, a position which allowed him to travel in and out of Iran with the permission of Iranian officials."[92] In addition, by late 2010, Atiyah served as al-Qaeda's "overall commander in Pakistan's tribal areas," including in North and South Waziristan.[93]

In December 2011, the U.S. State Department announced a reward of up to $10 million for information on Khalil's whereabouts, noting that he was operating under an agreement with the Iranian government. In October 2012, the U.S. Treasury Department reported that this scrutiny resulted in Khalil being temporarily sidelined as the chief of al-Qaeda's network in Iran. For a time, Khalil was replaced as the head of al-Qaeda's Iran network by a Kuwaiti al-Qaeda veteran named

---

88 "Letter to Karim," Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf.

89 U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012.

90 U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

91 U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012.

92 U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

93 Ibid.

Muhsin al-Fadhli. Treasury also named a Saudi, Adel Radi Saqr al Wahabi al Harbi, as one of al-Fadhli's men inside Iran. Both Fadhli and al-Harbi eventually relocated to Syria, where they were killed.

In its October 2012 announcement, Treasury explained how the agreement between the Iranian regime and al-Qaeda works. "Under the terms of the agreement between al Qaeda and Iran," Treasury reported, "al Qaeda must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities." As long as al-Qaeda didn't violate these terms, "the Government of Iran gave the Iran-based al Qaeda network freedom of operation and uninhibited ability to travel for extremists and their families."[94]

During the years that followed, the U.S. Treasury Department continued to report new details regarding al-Qaeda's Iran-based network. In February 2014, Treasury identified an Uzbek national, Olimzhon Adkhamovich Sadikov, as an operative who "provides logistical support and funding to al Qaeda's Iran-based network."[95] In August 2014, Treasury designated a senior al-Qaeda leader known as Sanafi al-Nasr, who "served in early 2013 as chief of al Qaeda's Iran-based extremist and financial facilitation network."[96]

In conjunction with the Treasury Department's designations, the U.S. State Department has repeatedly documented al-Qaeda's core pipeline inside Iran. For example, in its 2017 *Country Reports on Terrorism*, the U.S. Department of State specifically pointed to Iran's ongoing support for al-Qaeda: "Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members residing in Iran and has refused to publicly identify the members in its custody. Iran has allowed AQ facilitators to operate a core facilitation pipeline through Iran since at least 2009, enabling AQ to move funds and fighters to South Asia and Syria."[97]

In January 2021, the State Department's Rewards for Justice program republished its reward for Khalil, identifying him once again as the leader of al-Qaeda's Iran-based network, and stating that he is responsible for "organizing and maintaining routes by which recruits travel to Syria via Turkey, and assisting in the transport of AQ external operatives to the West."[98]

*Al-Qaeda's Senior Leadership in Iran*

In addition to al-Qaeda's longstanding core pipeline inside Iran, some senior al-Qaeda leaders have found refuge inside the country. In 2015, five al-Qaeda leaders were reportedly released from Iranian custody in exchange for an Iranian diplomat who had been kidnapped in Yemen. The five al-Qaeda leaders were: Saif al-Adel, Abu Mohammed al-Masri, Abu Khayr al-Masri, Khalid al-Aruri, and Sari Shihab.[99] The last three made their way to Syria, where at least two of the three, and perhaps all of them, were subsequently killed. However, Adel and al-Masri—both of whom served as deputy emirs

---

94 U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012.

95 U.S. Department of the Treasury, press release, "Treasury Targets Networks Linked to Iran," February 6, 2014.

96 U.S. Department of the Treasury, press release, "Treasury Designates Additional Supporters of the Al-Nusrah Front and Al-Qaida," August 22, 2014.

97 Bureau of Counterterrorism and Countering Violent Extremism, *Country Reports on Terrorism 2017* (Washington D.C.: U.S. Department of State, September 2018), p. 218.

98 Rewards for Justice (@RFJ_USA), January 12, 2021 tweet, https://twitter.com/RFJ_USA/status/1349046071343919104.

99 Thomas Joscelyn, "Senior al Qaeda Leaders Reportedly Released from Custody in Iran," *Long War Journal*, September 18, 2015.

to Ayman al-Zawahiri—decided to stay in Iran. Both al-Qaeda leaders had been wanted for their alleged roles in the 1998 U.S. Embassy bombings, with Adel participating in the aforementioned training provided by Hizballah and Iran.[100]

In July 2018, a UN monitoring team reported that the pair of "Al Qaeda leaders in the Islamic Republic of Iran" had "grown more prominent," and were working with al-Qaeda emir Ayman al-Zawahiri.[101] Adel and Al-Masri were helping Zawahiri by "projecting his authority more effectively than he could previously." The UN monitoring team found that the two Iran-based leaders had "influenced events" in Syria by "countering the authority of Abu Mohammed al-Jawlani," who heads the jihadist group Hayat Tahrir al-Sham, which had previously been known as Jabhat al-Nusrah and had served as al-Qaeda's official branch in the country. Adel and Al-Masri undermined Jawlani's power by "causing formations, breakaways and mergers of various Al Qaeda-aligned groups in Idlib." Khalid al-Aruri, a senior al-Qaeda operative who had spent time with the pair in Iran, confirmed that they had "left prison and they are not imprisoned."[102] The two al-Qaeda managers "are forbidden from traveling until Allah makes for them an exit," al-Aruri wrote, but "they move around and live their natural lives except for being allowed to travel." That is, according to al-Aruri, both Adel and al-Masri were able to go about their al-Qaeda business from inside Iran. In August 2020, Abu Mohammed al-Masri and his daughter were reportedly assassinated in Tehran by gunmen working for Israel. According to American intelligence officials interviewed by *The New York Times*, al-Masri had been "living freely in the Pasdaran district of Tehran, an upscale suburb, since at least 2015."[103]

Adel and Al-Masri are not the only senior al-Qaeda leaders to operate inside Iran. In July 2016, the U.S. Treasury Department designated three senior al-Qaeda figures whom it stated were located in Iran.[104] The three al-Qaeda figures were identified as Faisal Jassim Mohammed al Amri al Khalidi, Yisra Muhammad Ibrahim Bayumi, and Abu Bakr Muhammad Muhammad Ghumayn. Treasury explained that its designation was intended to "disrupt the operations, fundraising, and support networks that help al Qaeda move money and operatives from South Asia and across the Middle East." Treasury explained that Faisal Khalidi has served as al-Qaeda's military commission chief, meaning he led a committee responsible for overseeing a key aspect of al-Qaeda's global military operations. Treasury identified Bayumi as "a veteran al-Qaida member who has been located in Iran since 2014 and a member of al-Qaida since at least 2006." Bayumi "served as a mediator with Iranian authorities" while also "securing funds from Syria for al-Qaida members and facilitating al-Qaida funds transfers." Treasury explained that Ghumayn served in several financial, communications, and logistical roles for" al-Qaeda, including "in an intelligence and security capacity." Treasure added that, as of 2015, "Ghumayn assumed control of the financing and organization of al-Qaeda members located in Iran."

In January 2021, the State Department identified five additional al-Qaeda figures operating inside Iran. The most significant was a Moroccan named Muhammad Abbatay, also known as 'Abd al Rahman al-

---

100 Transcript, Day 2, *United States v. Bin Laden,* No. S7 98 Cr. 1023 (S.D.N.Y, February 6, 2001).

101 United Nations Security Council, *Twenty-Second Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2368 (2017) Concerning ISIL (Da'esh), Al-Qaida and Associated Individuals and Entities* (July 2018) p. 6.

102 A copy of Khalid al-Aruri's statement concerning Saif al-Adel and Abu Mohammed al-Masri can be found at Sheikh Abu al Qassam, "Testimony in Respone to the Falsehoods Spread in the Speech of Sheikh Abd ar Rahim Atun," available at https://www.longwarjournal.org/wp-content/uploads/2017/12/Abu-al-Qassams-Testimony.pdf.

103 Adam Goldman et al., "Al Qaeda's No. 2, Accused in U.S. Embassy Attacks, Was Killed in Iran," *The New York Times*, November 13, 2020.

104 U.S. Department of the Treasury, press release, "Treasury Designates Three Senior al-Qaida Members," July 20, 2016.

Maghrebi.[105] Al-Maghrebi is the son-in-law of Ayman al-Zawahiri and has served in a number of senior roles for al-Qaeda. The State Department described him as the "longtime director" of As Sahab, al-Qaeda's central media arm, as well as the head of the group's external communications office. In that latter capacity, al-Maghrebi "coordinates activities with" al-Qaeda's affiliates. Al-Maghrebi has also been al-Qaeda's "general manager in Afghanistan and Pakistan since 2012." From inside Iran, al-Maghrebi "has continued to oversee al-Qa'ida activities worldwide."

In its January 2021 announcement, the State Department also designated four other al-Qaeda figures inside Iran.[106] One of them is Sultan Yusuf Hasan al 'Arif, a Saudi nation. The three other al-Qaeda militants inside Iran were identified as Isma'il Fu'ad Rasul Ahmed, Fuad Ahmad Nuri Ali al-Shakhan, and Niamat Hama Rahim Hama Sharif, all three of whom are leaders of the al-Qaeda Kurdish Battalions (AQKB), which was designated as a terrorist organization in 2012.

## IV. Tehrik-i-Taliban Pakistan (TTP) and the Haqqani Network

This section traces the emergence and evolution of the Tehrik-i-Taliban Pakistan (TTP) and explains the group's connections to al-Qaeda. This section also briefly discusses the Haqqani Network and the facilitator role it has played in linking the TTP with al-Qaeda.

*Overview*

Tehrik-i-Taliban Pakistan (TTP), or the Movement of the Taliban in Pakistan, is a coalition of militant tribesmen and extremists that was founded in December 2007. The TTP initially targeted elements of the Pakistani state, including the Army and security forces tasked with fighting terrorists in Pakistan's Khyber Pakhtunkhwa province, formerly known as the North-West Frontier Province (NWFP), which includes the semi-autonomous Federally Administered Tribal Areas (FATA). The group's first attack came on December 23, 2007, when a suicide bomber struck a military convoy in Mingora, a city located in the FATA's Swat District.[107] The TTP continues to wage war against Pakistani security forces to this day, with the goal of creating an Islamic regime in North and South Waziristan, which are two districts in the FATA. The TTP has also fought against U.S., NATO, and government forces in Afghanistan, with the aim of helping the Afghan Taliban restore its Islamic emirate. In addition, the group has launched international terrorist attacks on rare occasions, such as the attempted bombing in Times Square, New York in May 2010.[108]

The TTP has had four emirs (leaders) since its founding in December 2007. Three have been from the powerful Mehsud tribe based in South Waziristan. The first emir was Baitullah Mehsud, who was selected by a shura (advisory) council of 40 senior Afghan Taliban leaders to lead the new entity.[109] Baitullah Mehsud was already a wanted militant within Pakistan when he established the TTP in late 2007. Mehsud reportedly commanded 5,000 men at the time.[110] Many of his followers

[105] U.S. Department of State Rewards for Justice, "Wanted: Information that Brings to Justice … Muhammad Abbatay ('Abd al-Rahman al-Maghrebi) Up to $7 Million Reward," https://rewardsforjustice.net/english/muhammad_abbatay.html.

[106] Thomas Joscelyn, "U.S. Identifies Additional al Qaeda Leaders in Iran," *Long War Journal*, January 12, 2021.

[107] Hassan Abbas, "A Profile of Tehrik-i-Taliban Pakistan," *CTC Sentinel* 1:2 (January 2008).

[108] Bill Roggio, "Pakistani Taliban Claim Credit for Failed NYC Times Square Car Bombing," *Long War Journal*, May 2, 2010.

[109] Hassan Abbas, "A Profile of Tehrik-i-Taliban Pakistan," *CTC Sentinel* 1:2 (January 2008).

[110] Ibid.

also hailed from the Mehsud tribe, a Pashtun tribe based in South Waziristan that is known for its fighting prowess.[111] The same shura that selected Baitullah to lead the group consisted of representatives from each of the districts in Pakistan's NWFP.[112] The shura also appointed a deputy emir, as well as a third in command.[113] There is a bureaucratic infrastructure underneath these leadership positions. For instance, a copy of the TTP's founding charter that was recovered in Osama bin Laden's Abbottabad compound reveals that the organization has: a shura council; a finance committee; an information (or media) committee; an intelligence committee; a judicial committee; a committee for enforcing the group's religious doctrine in the areas under its control (known as the "Enjoin What Is Just And Forbid Evil Committee"); a prisoners committee; a preaching and guidance committee (for proselytization); a reform committee (for settling disputes); a committee for assisting the families of martyrs, prisoners, the handicapped, and the poor; and a committee for negotiating with the enemy.[114] Subsequent TTP literature indicates that the group has a "supreme shura" (advisory board), as well as a "regional regulatory shura" and a "military shura," all of which advise the emir on various matters and help to run the organization.[115]

Hakimullah Mehsud was named the emir of the TTP after Baitullah's demise in a drone strike on August 5, 2009. As his name indicates, Hakimullah was also from the Mehsud tribe. It was under Hakimullah's leadership that the TTP carried out some of its most well-known attacks, such as the December 2009 suicide bombing at Camp Chapman in Afghanistan and the failed May 2010 bombing in Times Square. Hakimullah Mehsud was killed in a drone strike in northern Pakistan on November 1, 2013.

Six days later, on November 7, 2013, Maulana Fazlullah was named as Hakimullah's successor. Fazlullah had previously served as the leader of Tehreek-e-Nafaz-e-Shariat-e-Mohammadi (TNSM), an al-Qaeda-linked group, and then as the TTP's chief leader in Pakistan's Swat district. Before being named the TTP's overall emir, Fazlullah claimed responsibility for high-profile attacks, such as the assassination of Pakistani army officer Major General Sanaullah Niazi in September 2013, and the October 2012 shooting of Malala Yousafzai, a schoolgirl in the Swat district.[116] Fazlullah was killed in a June 14, 2018, American airstrike in Afghanistan's Kunar province.

In late June 2018, Mufti Noor Wali Mehsud ("Noor Wali") was named the TTP's new emir. Noor Wali's appointment returned the overall leadership of the TTP to a member of the Mehsud tribe, as Fazlullah was not a member of the Mehsud tribe and his tenure as TTP chief was tumultuous. The TTP has always been a coalition of extremist factions, and some of them broke away from the group during Fazlullah's reign. The TTP also suffered defections to the Islamic State's upstart Khorasan branch, which has attempted to usurp the authority of al-Qaeda-linked jihadist groups throughout the region. For example, in 2014 several midlevel TTP commanders defected to the

---

111 "Mehsud Tribe," Program for Culture and Conflict Studies, Naval Postgraduate School (Monterey, Calif.), n.d., p. 5.

112 Hassan Abbas, "A Profile of Tehrik-i-Taliban Pakistan," *CTC Sentinel* 1:2 (January 2008).

113 Ibid.

114 Tehrik-i-Taliban Pakistan, "Tehrik-e Taliban Pakistan (TPP) Charter: Organizational Structure of TPP," available at https://www.longwarjournal.org/wp-content/uploads/2016/03/TEHRIK-E-TALIBAN-PAKISTAN-TPP-CHARTER.pdf.

115 "Operation Manual for Mujahideen of Tehrik-e Taliban Pakistan," Umar Studio (TTP), September 2018, https://justpaste.it/Laiha_TTP_Eng.

116 United Nations Security Council, "Maulana Fazlullah," April 7, 2015, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/maulana-fazlullah.

Islamic State, pledging their loyalty to ISIS's then-leader, Abu Bakr al-Baghdadi. While some other TTP figures would follow suit, the bulk of the group's leadership and membership remained intact, rejecting ISIS's caliphate claim.[117] The TTP coalition has suffered other disruptions, as splinter factions such as Jamaat-ul-Ahrar (JuA) and Hizb-ul-Ahrar (HuA), both of which conducted their own attacks on Pakistani security forces, broke away during Fazlullah's tenure as TTP leader. Under Noor Wali's leadership, both JuA and HuA returned to the TTP's fold.[118] It appears that by returning the TTP's leadership to a member of the Mehsud tribe, the TTP has been able to largely reunify its ranks.[119]

The U.S. government estimates that the TTP has between 3,000 and 5,000 fighters.[120] According to a panel of experts working for the United Nations Security Council, the TTP is thought to have hundreds, and possibly thousands, of fighters in eastern Afghanistan.[121]

*The TTP is Closely Allied with al-Qaeda and Other al-Qaeda-Linked Groups*

According to the U.S. State Department, the TTP and al-Qaeda have a "symbiotic relationship."[122] The TTP "draws ideological guidance" from al-Qaeda, while the TTP provides a "safe haven" for al-Qaeda members and leaders "in the Pashtun areas along the Afghan-Pakistani border."[123] These close ties give the TTP "access to both al-Qaeda's global terrorist network and the operational experience of its members."[124] The United States considers the TTP to be a "force multiplier" for al-Qaeda, and notes that the group's "attacks are often coordinated with other insurgents or terrorist groups, including the [Afghan] Taliban and al-Qaeda."[125]

The close relationship between the TTP and al-Qaeda can be demonstrated in a number of ways. This relationship is perhaps most prominently demonstrated by the fact that al-Qaeda ideologues reviewed and edited the TTP's charter, providing advice on how the group should be structured and its leaders selected.[126] Additionally, at the time of the TTP's founding, the group was headquartered in North and South Waziristan, both of which served as strongholds for al-Qaeda and other like-minded organizations. The strongest group in the region is the so-called Haqqani Network, which is an integral part of the Afghan Taliban and closely allied with al-Qaeda.

---

117 Thomas Joscelyn, "Pakistani Taliban Rejects Islamic State's 'Self-Professed Caliphate,'" *Long War Journal*, May 27, 2015.

118 Thomas Joscelyn, "Pakistani Taliban Splinter Factions Officially Rejoin Group," *Long War Journal*, August 17, 2020.

119 Amira Jadoon & Sara Mahmood, "Fixing the Cracks in the Pakistani Taliban's Foundation: TTP's Leadership Returns to the Mehsud Tribe," *CTC Sentinel* 11:11 (December 2018).

120 U.S. Department of State, Bureau of Counterterrorism, *Country Reports on Terrorism 2019* (2020), https://www.state.gov/reports/country-reports-on-terrorism-2019/#TTP.

121 *Eleventh Report of the Analytic Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (New York, New York: United Nations Security Council, May 19, 2020), p. 20. See also corroborating evidence in U.S. Department of Defense, Press Briefing, "Department of Defense Press Briefing by General Nicholson via Teleconference from Kabul, Afghanistan," November 28, 2017, https://www.defense.gov/Newsroom/Transcripts/Transcript/Article/1382901/department-of-defense-press-briefing-by-general-nicholson-via-teleconference-fr/.

122 U.S. Department of State, press statement, "Designations of Tehrik-e Taliban Pakistan and Two Senior Leaders," September 1, 2010, https://2009-2017.state.gov/r/pa/prs/ps/2010/09/146545.htm.

123 Ibid.

124 Ibid.

125 Bureau of Diplomatic Security, U.S. Department of State, Rewards for Justice, "Wanted: Hakimullah Mehsud," n.d., https://2009-2017.state.gov/documents/organization/146935.pdf.

126 Bill Roggio, "Osama bin Laden's Files: Al Qaeda Provided Feedback on Pakistani Taliban's Charter," *Long War Journal*, March 11, 2016.

The Haqqani Network is especially strong along the Afghan-Pakistani border. Both the TTP and al-Qaeda have relied on the Haqqanis for safe haven. The Haqqani Network's strongholds in North Waziristan and Loya Paktia (a region that includes the Afghan provinces of Khost, Paktia, and Paktika, as well parts of other provinces) have also served as staging grounds for TTP and al-Qaeda operations.[127] The close ties between these groups are often personal. Baitullah Mehsud, TTP's first emir, originally fought for Jalaluddin Haqqani, the founder of the eponymous network, in Afghanistan during the 1990s.[128] Baitullah's successor, Hakimullah Mehsud, fought for the Haqqanis as well. And still other TTP leaders began their jihadist careers in the Haqqani Network.

The Haqqani Network has also mediated disputes between the TTP and other extremist groups, and acted as a diplomatic intermediary for negotiations with the Pakistani state. Sirajuddin Haqqani, the head of the Haqqani Network and deputy emir of the Afghan Taliban, has long maintained close ties to both the TTP and al-Qaeda as well. For example, the CIA reportedly collected intelligence showing that Sirajuddin Haqqani attended a strategic-level planning meeting with the TTP's Baitullah Mehsud and Abu Yahya al-Libi, a senior al-Qaeda ideologue, in South Waziristan during the summer of 2009.[129] The TTP's ties to Sirajuddin Haqqani are no secret, as the group's media arm has openly celebrated the relationship in its propaganda.[130]

Some of the TTP's leaders and members are dual-hatted al-Qaeda operatives. For instance, at its founding in December 2007, the TTP's third-in-command was Maulana Faqir Muhammad of the Bajaur Agency in northern Pakistan.[131] Faqir Muhammed was a known al-Qaeda facilitator at the time and also a close ally of Maulana Sufi Muhammad, the founder of the al-Qaeda-linked TNSM.[132] In early 2018, NATO's Special Operations Component Command for Afghanistan announced that two TTP deputy commanders, known as Rehan and Sanja Meshoud, had been killed in U.S. airstrikes in the Bermal district of Afghanistan's Paktika province.[133] Both Rehan and Meshoud "yielded influence within Al Qaeda," with Rehan serving as an "Al Qaeda facilitator." NATO explained that al-Qaeda "provides funding to the TTP," while the "TTP, in turn, facilitate[s] Al Qaeda travel and operations in the region." NATO claimed that the "removal of Rehan and Meshoud degrades Al Qaeda's ability to fund and direct TTP and other violent extremists throughout Paktika and the surrounding areas."[134] In April 2018, NATO's Resolute Support Mission announced that Hazrat Abbas, "a senior AQIS [al-Qaeda in the Indian Subcontinent] and Tehrik-e-Taliban Pakistan (TTP) commander," had been killed

---

127 Vahid Brown & Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (Oxford: Oxford University Press, 2013), pp. 203-04.

128 Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network, From Pakistan to Afghanistan* (Washington, D.C.: Institute for the Study of War, October 2010), p. 4.

129 Joby Warrick, *The Triple Agent: The al-Qaeda Mole Who Infiltrated the CIA* (New York: Knopf Doubleday Publishing Group, 2011), p. 72.

130 Bill Roggio & Caleb Weiss, "In Tribute to Hakeemullah Mehsud, TTP Exposes Ties to Afghan Taliban, Al Qaeda," *Long War Journal*, April 13, 2020.

131 Hassan Abbas, "A Profile of Tehrik-i-Taliban Pakistan," *CTC Sentinel* 1:2 (January 2008).

132 Ibid.; Bill Roggio, "The Pakistani Taliban's Top Leaders," *Long War Journal*, May 17, 2010; Sohail Abdul Nasir, "Al-Zawahiri's Pakistani Ally: Profile of Maulana Faqir Mohammed," *Terrorism Monitor* 4:3 (February 2006), https://jamestown.org/program/al-zawahiris-pakistani-ally-profile-of-maulana-faqir-mohammed/.

133 "U.S. Airstrikes in Paktika Kill Two TTP Leaders with Links to Al Qaeda," *DVIDS*, February 22, 2018, https://www.dvidshub.net/video/587230/us-airstrikes-paktika-kill-two-ttp-leaders-with-links-al-qaeda.

134 Ibid.

in an airstrike in Afghanistan's Nangarhar province.[135] Abbas "controlled fighting forces in both Pakistan and Afghanistan" and his "forces were responsible for numerous attacks and kidnappings on both sides of the border." NATO explained that Abbas's "integration and command of multiple organizations highlights the relationships between terrorist organizations in Afghanistan and the surrounding region, specifically how regional terrorist groups shelter and facilitate global threat networks."[136]

The close relationship between the TTP and al-Qaeda can be seen in their media output as well. For example, in a September 2009 audio message, Ayman al-Zawahiri eulogized Baitullah Mehsud, describing him as a role model for the youth.[137] Likewise, after Hakimullah Mehsud was killed in November 2013, al-Shabaab, al-Qaeda's East African branch, offered its condolences to Zawahiri on the passing of the TTP's emir.[138] Zawahiri also praised Fazlullah, the TTP's third emir, in a eulogy that was shared on the website for the TTP's propaganda arm, Umar Media.[139] AQIS issued its own eulogy for Fazlullah in July 2018.[140] In April 2020, the TTP produced a lengthy documentary on Hakimullah Mehsud's life, portraying him alongside high-profile al-Qaeda and Haqqani Network figures.[141]

*The Impact of Iranian Support on the al-Qaeda/TTP Relationship: Atiyah Abd al-Rahman*

This report has detailed how Atiyah Abd al-Rahman in particular gained space to operate due to Iran's support for al-Qaeda. This Iranian support in turn helped al-Qaeda to build a closer relationship with TTP, as Atiyah played a central role in this alliance. (Later sections of this report delve deeper into Atiyah's specific contributions to Al-Qaeda's efforts to regroup after 9/11 with Iranian support.)

One of Atiyah's key responsibilities for al-Qaeda was serving as the organization's interlocutor with affiliate organizations and also with al-Qaeda's allies. Noman Benotman, a former Libyan jihadist who personally knew Atiyah, told CNN that one of Atiyah's goals was to cultivate a global al-Qaeda movement composed of numerous affiliate organizations that adhered to the central leadership's guidance and vision.[142]

Atiyah was working to strengthen al-Qaeda's relationship with TTP even at the time of the latter's founding. Atiyah reviewed and provided critical feedback on TTP's charter in 2007. As mentioned earlier, the TTP seeking Al-Qaeda's approval of its draft charter prior to its establishment was a key indicator of a close relationship between the two organizations. In this regard, Atiyah was one of the two Al-Qaeda leaders who played a primary role in providing the feedback that TTP requested to foster ideological connections between the two militant organizations (the other individual being Abu

135 "U.S. Forces Strike AQIS Leader in Nangarhar," *DVIDS*, April 23, 2018, https://www.dvidshub.net/video/596458/us-forces-strike-aqis-leader-nangarhar.

136 Ibid.

137 Bill Roggio, "Zawahiri Eulogizes Baitullah Mehsud," *Long War Journal*, September 28, 2009; "Latest al Qaeda Message Eulogizes Deceased Leader," CNN, September 28, 2009; Vahid Brown, "Al-Qa'ida Publicly Cements Ties to the Tehrik-e Taliban Pakistan," *Jihadica*, October 14, 2009.

138 David Barnett, "Shabaab Offers Condolences to Mullah Omar and Zawahiri Over Hakeemullah Mehsud's Death," *Long War Journal*, November 15, 2013.

139 See Thomas Joscelyn, "Al Qaeda Growing Stronger Under Taliban's Umbrella, UN Finds," *Long War Journal*, June 23, 2019.

140 "AQIS Gives Eulogy for Former TTP Leader Fazlullah Khorasani, Describes U.S. as Main Obstacle to Success for Jihadi Movements," SITE Intelligence Group, July 31, 2018.

141 Bill Roggio & Caleb Weiss, "In Tribute to Hakeemullah Mehsud, TTP Exposes Ties to Afghan Taliban, Al Qaeda," *Long War Journal*, April 13, 2020.

142 Paul Cruickshank, "Bin Laden's Key Deputy Seen as Very Hard to Replace for al Qaeda," CNN, August 28, 2011.

Yahya al-Libi). Atiyah and Abu Yahya provided substantive comments to TTP leadership's that helped the organization clarify its leadership selection process, and also pointed out perceived flaws in the charter that violated al-Qaeda's interpretation of shariah law.[143]

Atiyah continued to work to strengthen and manage al-Qaeda's relationship with TTP after 2007. Here are several examples of his continuous work in this regard:

**In 2009-10**, Atiyah contributed to a joint al-Qaeda and TTP propaganda effort to shift the blame for a series of attacks against Pakistani civilians that had been attributed to them. Analyst Christopher Anzalone writes:

> In late 2009 and early 2010, [Atiyah, aka Atiyyatullah] also participated in a concerted effort by AQC [al-Qaeda central] and its ally Tehrik-i Taliban Pakistan (TTP) to shift blame away from themselves and onto the U.S. and Pakistani governments and the military contractor Blackwater for a series of bloody attacks in civilian areas of Pakistan's Pashtun tribal regions. This campaign included the release of an audio message from AQC's then-general commander in Afghanistan, Mustafa Abu al-Yazid, and a video message from TTP spokesman Azam Tariq blaming the attacks on their enemies. A lengthy Urdu e-book was also published on November 14 that identified Blackwater as the "Army of the *Dajjal*," an anti-Christ type figure who features importantly in Islamic apocalyptic literature.
>
> Atiyyatullah's contribution to this propaganda campaign was a question-and-answer tract that was issued to jihadi Internet forums on January 21, 2010, *Advice and Compassion in Speaking about the Market Bombings: Questions and Answers about the Bombing of the Peshawar Market*. In a series of responses to questions about whether it is permissible to rejoice in the killing of other Muslims, even if they are allegedly "impious," he bluntly stated that it was not. Such attacks, he continued, are a means of spreading corruption and division (*fitna*) within the Muslim community, and are in stark contradiction to Islamic law (*shariah*). Further, he argued that the "mujahideen" could not have carried out such attacks, because they are the "true followers" of *shariah*. Logically then, he concluded, the U.S. and its apostate Muslim allies and mercenaries must be at fault, pointing to their long record of killing Muslims around the world.[144]

**In December 2010**, Atiyah and Abu Yahya al-Libi wrote a letter to TTP leader Hakimullah Mehsud that further illustrates the dynamics of the al-Qaeda/TTP relationship and Atiyah's key role in defining it. Similar to Atiyah's review of TTP's charter in 2007, Hakimullah had submitted a draft document to Atiyah and Abu Yahya, seeking feedback. Atiyah and Abu Yahya's response was "contentious," although "there is no evidence that the letter caused a rift between the two terror groups."[145] An article published in *Long War Journal* explains Atiyah and Abu Yahya's response:

---

[143] Bill Roggio, "Osama bin Laden's Files: Al Qaeda Provided Feedback on Pakistani Taliban's Charter," *Long War Journal*, March 11, 2016. https://www.longwarjournal.org/archives/2016/03/osama-bin-laden-files-al-qaeda-provided-feedback-for-pakistani-talibans-charter.php.

[144] Christopher Anzalone, "Al-Qaeda Loses Its Renaissance Man," *Foreign Policy*, September 9, 2011.

[145] Bill Roggio & Lisa Lundquist, "Bin Laden Docs: Al Qaeda Asserts Authority in Letter to Pakistani Taliban Leader," *Long War Journal*, May 5, 2012.

> Hakeemullah appears to have submitted a proposal to al Qaeda that outlines his role as a leader in Pakistan's jihad. Al Qaeda's response to Hakeemullah in the Dec. 3 letter appears to be part of its efforts to organize the large Taliban groups in Pakistan's tribal agencies of North and South Waziristan and refocus their energies on Afghanistan. That effort ultimately succeeded in late 2011, when four major Taliban groups, including the Movement of the Taliban in Pakistan, formed the Shura-e-Murakeba....
>
> "We have several important comments that cover the concept, approach, and behavior of the TTP [Tehrik-e-Taliban Pakistan, or the Movement of the Taliban in Pakistan] in Pakistan, which we believe are passive behavior and clear legal and religious mistakes which might result in a negative deviation from the set path of the Jihadists Movement in Pakistan, which also are contrary to the objectives of Jihad and to the efforts exerted by us," the al Qaeda leaders said. They cited the killing of Muslims and using people as "shields" as part of these mistakes….
>
> Atiyah and Abu Yahya then turned to "the draft that was written by Hakeemullah Mehsud" and said it is "unacceptable and we don't approve it because it contains political and Sharia mistakes." The two al Qaeda leaders' letter goes on to demonstrate that they have been in communication with Hakeemullah over the draft….
>
> While the two al Qaeda leaders threatened to take "decisive actions," there is no evidence that the letter caused fissures between the two groups. There have been no reports of clashes between al Qaeda and Hakeemullah's forces in North Waziristan or elsewhere. In fact, the Movement of the Taliban in Pakistan still shelters and supports al Qaeda leaders.
>
> Hakeemullah even signed on to al Qaeda plans for the Pakistani Taliban groups to coordinate actions and end infighting, when he joined the Shura-e-Murakeba nearly one year later, which indicates that the advice, chastisements, and threats he received in the Dec. 3, 2010 letter did not damage the relationship beyond repair.[146]

This letter illustrates two aspects of the relationship between al-Qaeda and TTP. First, it demonstrates Atiyah's continuing centrality to that relationship, based on the fact that TTP's leader corresponded with him about drafts of important documents that TTP was preparing to release. Second, the letter shows that the relationship was close enough, and resilient enough, that Atiyah and other al-Qaeda leaders could be highly critical of TTP and yet the two organizations could maintain a highly cooperative relationship.

But perhaps the most important aspect of Atiyah's work to forge connections between the two groups is the instrumental role he played in the Camp Chapman attack, which will be discussed in greater detail later in this report. Atiyah exploited the freedom to operate that Iran provided to him by using that space to strengthen al-Qaeda's relationship with TTP, thus further underscoring Iran's causal connection to the Camp Chapman attack.

---

146 Ibid.

*Terrorist Attacks Jointly Conducted by the TTP and al-Qaeda from 2007 to 2009*

In addition to deep interpersonal and leadership ties, al-Qaeda and the TTP have also conducted joint operations. For example, on December 27, 2007, former Pakistani prime minister Benazir Bhutto was assassinated when a gunman shot her and then blew himself up at an election rally in Rawalpindi, Pakistan.[147] Although the TTP publicly denied responsibility, the CIA concluded that Baitullah Mehsud's men conspired with al-Qaeda to conduct the killing.[148] The Pakistani government released a transcript which it claims demonstrates that Baitullah Mehsud personally endorsed the operation, which was carried out by several TTP members.[149] The U.S. government continued to believe that the TTP was responsible for Bhutto's slaying years after the fact.[150]

A terrorist cell run by Osama al-Kini (born Fahid Mohammed Ally Msalam), al-Qaeda's operations chief for Pakistan, reportedly assisted the TTP in the operation to assassinate Bhutto.[151] Kini was also suspected of plotting an earlier, unsuccessful attempt to kill Bhutto as well.[152] Kini was long wanted by the United States for his alleged role in al-Qaeda's 1998 U.S. Embassy bombings in Kenya and Tanzania, and was placed on the FBI's first list of "Most Wanted Terrorists" in late 2001.[153] As explained elsewhere in this report, al-Qaeda received the tactical expertise necessary for the 1998 Embassy bombings from Iran and its chief proxy, Hizballah. Kini rose up through al-Qaeda's ranks in the years after 9/11 and was selected to oversee terrorist operations inside Pakistan.

The TTP and al-Qaeda are also suspected of jointly conducting the September 20, 2008 bombing at the Marriott Hotel in Islamabad that killed more than 50 people and wounded 300 others.[154] Two Americans, U.S. Air Force Maj. Rodolfo I. Rodriguez and Navy Cryptologic Technician Third Class Petty Officer Matthew J. O'Bryant, were among those killed.[155] The United States identified Qari Yasin, a senior al-Qaeda leader whom it assessed as having "ties" to the TTP, as a chief planner of the Marriott hotel bombing. Yasin was killed in an airstrike on March 19, 2017 in Afghanistan's Paktika Province.[156] TTP operatives fled to Paktika after the Pakistani military launched a military offensive against the jihadists in northwestern Pakistan in 2014.[157] Another key figure in the Marriott hotel bombing was the aforementioned Osama al-Kini.[158]

---

147 "Benazir Bhutto Killed in Attack," BBC, December 27, 2007, http://news.bbc.co.uk/2/hi/south_asia/7161590.stm.

148 Joby Warrick, "CIA Places Blame for Bhutto Assassination," *Washington Post*, January 18, 2008.

149 "Transcript of Alleged al-Qaida Conversation Regarding Bhutto Killing," Associated Press, December 28, 2007.

150 See U.S. Department of State, press statement, "Designations of Tehrik-e Taliban Pakistan and Two Senior Leaders," September 1, 2010, https://2009-2017.state.gov/r/pa/prs/ps/2010/09/146545.htm (noting that "TTP is suspected of being behind the 2007 assassination of former Pakistani Prime Minister Benazir Bhutto").

151 Joby Warrick, *The Triple Agent: The al-Qaeda Mole Who Infiltrated the CIA* (New York: Knopf Doubleday Publishing Group, 2011), p. 14.

152 Randall Mikkelsen, "Qaeda Pakistan Leader Believed Dead: U.S. Official," Reuters, January 8, 2009.

153 U.S. Department of State, Fact Sheet, "The List of Most Wanted Terrorists," October 10, 2001, https://2001-2009.state.gov/s/ct/rls/fs/2001/5317.htm.

154 Bureau of Diplomatic Security, U.S. Department of State, Rewards for Justice, "Wanted: Hakimullah Mehsud," n.d., https://2009-2017.state.gov/documents/organization/146935.pdf.

155 U.S. Department of Defense, Press Release, "U.S. Strike Kills High-Profile Terrorist Leader," March 25, 2017, https://www.defense.gov/Newsroom/Releases/Release/Article/1130245/us-strike-kills-high-profile-terrorist-leader/.

156 Ibid.

157 Michael Gordon & Eric Schmitt, "Drone Strike Kills Planner of 2008 Islamabad Hotel Bombing, U.S. Says," *New York Times*, March 26, 2017.

158 Randall Mikkelsen, "Qaeda Pakistan Leader Believed Dead: U.S. Official," Reuters, January 8, 2009; Bill Roggio, "Al Qaeda's Operations Chief in Pakistan Killed in New Year's Strike," *Long War Journal*, January 8, 2009.

The United States concluded that Qari Yasin was also responsible for a 2009 attack on the Sri Lankan cricket team in Lahore, which resulted in the deaths of six Pakistani policemen and two civilians.[159] A member of the TTP, Abdul Ghafar Qaisrani (a.k.a. Saifullah), who was killed in a 2012 shootout with Pakistani forces, was also wanted for his alleged role in the attack.[160] Members of another Pakistani jihadist group, Lashkar-e-Jhangvi, are suspected of taking part in the shooting as well.[161]

## V. The Attack on Camp Chapman

On December 30, 2009, at roughly 4:30 p.m., Jordanian national Humam Khalil Abu Mulal al-Balawi detonated a suicide vest inside Forward Operating Base Chapman (Camp Chapman), killing seven CIA operatives and contractors, one Jordanian General Intelligence Directorate (GID) operative, and an Afghan security officer. An additional six CIA operatives were injured by the blast.[162] The attack was a shock to CIA and GID personnel, as both the United States and Jordan believed that Balawi was aiding them in their efforts to infiltrate al-Qaeda. However, Balawi's allegiance to al-Qaeda and the TTP never wavered. Instead, he carried out his attack on behalf of the groups he was assigned to infiltrate. The day after Balawi's attack, both CIA director Leon Panetta and President Barack Obama released public statements confirming these events and mourning the loss of the CIA officers who were killed.[163]

*The Lead-up to the Attack*. Balawi was born in Kuwait on December 25, 1977. He went on to study medicine in Turkey and Jordan, eventually becoming a doctor in Amman, where he lived with his wife and two children.[164] Despite his medical career, Balawi harbored strong jihadist sympathies. He was a frequent contributor to *al-Hisbah*, a jihadi web forum where he wrote under the alias of Abu Dujana al-Khorasani.[165] He also openly touted his commitment to jihad in interviews given under his kunya (*nom de guerre*). In one interview in a jihadist magazine, Balawi stated: "I have been raised to love jihad and martyrdom since I was little.… I hope to have the honour of [becoming] a jihadi and a martyr. While I was growing up I used to listen to the Qur'an and wondered if I would continue to love jihad and if I would ask for martyrdom."[166]

Abu Dujana's prolific activity on *al-Hisbah* attracted the U.S. intelligence community's attention. In 2008, the National Security Agency (NSA) began investigating the alias and determined that the pseudonymous Abu Dujana was in fact Balawi. The NSA alerted Jordan's GID, and in January 2009 the GID arrested Balawi at his home.[167] Jordanian intelligence held Balawi captive for three days and subjected him to aggressive interrogation aimed at learning more about his jihadist sympathies as well as the identities of other prominent jihadist writers.[168] Following Balawi's detention, a captain in GID named Ali bin Zeid was tasked with monitoring and potentially recruiting Balawi as an agent. The two

---

[159] U.S. Department of Defense, Press Release, "U.S. Strike Kills High-Profile Terrorist Leader," March 25, 2017.
[160] "Terrorist Involved in Sri Lankan Cricket Team Attack Killed," *The Hindu* (India), August 2, 2012.
[161] Salman Masood, "3 Suspects in 2009 Attack on Sri Lankan Cricket Team Are Killed in Pakistan," *The New York Times*.
[162] U.S. Department of Justice, press release, "Pakistani Taliban Leader Charged in Terrorism Conspiracy Resulting in Murder of Seven Americans in Afghanistan," September 1, 2010.
[163] The White House, Press Release, "Message from the President to the CIA Workforce," December 31, 2009; Mark Memmot, "Director Panetta Says 7 CIA Employees Died in Afghan Suicide Attack," NPR, December 31, 2009.
[164] Suha Philip Ma'ayeh, "CIA Suicide Bomber Was a Triple Agent," *The National* (UAE), January 6, 2010.
[165] Joby Warrick, *The Triple Agent: the Al-Qaeda Mole Who Infiltrated the CIA* (New York: Doubleday, 2012), p. 32.
[166] Suha Philip Ma'ayeh, "CIA Suicide Bomber was a Triple Agent," *The National* (UAE), January 6, 2010.
[167] Warrick, *The Triple Agent*, pp. 28-30.
[168] Ibid., pp. 41-47.

met frequently throughout early 2009 as bin Zeid worked to convince Balawi to assist the GID and CIA in tracking down some of the world's most wanted terrorists, including Osama bin Laden and Ayman al-Zawahiri.[169] Balawi agreed to travel to Pakistan in March 2009 at bin Zeid's direction to begin establishing connections with jihadist groups there.[170]

Balawi first established connections with the TTP in May 2009, informing bin Zeid that TTP members had invited him to live with them in South Waziristan.[171] Balawi took these TTP members up on their offer, spending much of the summer of 2009 living in the town of Makeen, in "one of the Mehsud clan's walled compounds."[172] From there, Balawi proceeded to meet with senior al-Qaeda leaders, including Atiyah Abd al-Rahman and Saeed al-Masri, in August 2009.[173]

Following this introduction to al-Qaeda leadership, al-Qaeda organized for Balawi to submit evidence to the GID that was designed to signal to Western intelligence that he had succeeded in penetrating the group. This evidence included a staged video in which Balawi was seated next to senior al-Qaeda leaders, including Atiyah, as well as reports that Balawi—because of his medical credentials—might be selected to treat al-Qaeda's then-second-in-command, Ayman al-Zawahiri.[174] Information in Balawi's reporting corroborated existing intelligence on Zawahiri's medical condition and further convinced the GID and CIA that Balawi had become an extraordinarily valuable asset.[175] According to Joby Warrick, a well-regarded journalist and the author of a book that provides the definitive open-source account of the Camp Chapman attack, *The Triple Agent*, it was Balawi's access to Zawahiri that convinced CIA officials that the Agency's operatives had to meet with Balawi.[176] With mounting pressure to act on Balawi's information, the CIA and GID requested a meeting with Balawi in late 2009.

According to statements released by al-Qaeda and the TTP following the attack, the initial plan was for Balawi to use the meeting request as an opportunity to lure bin Zeid to Peshawar for a meeting, where al-Qaeda operatives would be waiting to capture and later kill him.[177] However, bin Zeid and the CIA rejected Balawi's initial proposal to meet in Peshawar, as well as several subsequent proposals to meet in other Pakistani cities, including Miranshah, which was a Haqqani Network stronghold at the time. Instead, bin Zeid and the CIA insisted to Balawi that the meeting take place at a more controlled location: Camp Chapman.[178] These stipulations forced the attack planners to pivot their operation. The CIA's involvement in the meeting presented the TTP and al-Qaeda with an

---

169 Ibid., pp. 58-60.
170 "Video Released of CIA Base Bomber," SITE Intelligence Group, February 28, 2010, https://ent.siteintelgroup.com/Multimedia/site-intel-group-02-28-10-balawi.html.
171 Warrick, *The Triple Agent*, p. 77.
172 Ibid., p. 83.
173 Ibid., p. 156.
174 Marc Polymeropoulos & Michael Morell, "Declassified: Former CIA Officer Marc Polymeropolous on the Triple Agent," interview on *Intelligence Matters*, December 30, 2020, https://www.cbsnews.com/news/former-senior-cia-officer-recalls-killing-of-service-members-by-suicide-bomber-humam-al-balawi/.
175 Ibid.
176 Warrick, *The Triple Agent*, p. 131.
177 "Al-Fajr Publishes Full Story of CIA Base Suicide Bombing (Part 5)," SITE Intelligence Group, February 3, 2012, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-2-3-12-fajr-full-account-balawi-op-part5.html.
178 Camp Chapman was one of multiple bases that the United States operated in Khost Province, Afghanistan. In 2009, the base was home to both CIA officers and U.S. military forces engaged in counterterrorism operations. See Alissa Rubin, "C.I.A. Takes on Bigger and Riskier Role on Front Lines," *New York Times*, December 31, 2009.

opportunity to inflict more harm, but the CIA's insistence that Balawi travel to Camp Chapman eliminated the terrorists' original plan to capture and execute bin Zeid.

In early to mid-December 2009, al-Qaeda formulated a new plot wherein Balawi would acquiesce to being picked up at the Ghulam Khan border crossing and driven across the border to Camp Chapman in Khost, Afghanistan.[179] Once there, he would detonate his suicide vest. In the days leading up to the attack, Balawi recorded videos designed for distribution on al-Qaeda and TTP media networks about the anticipated attack.

*The Attack Unfolds.* On December 30, 2009, Balawi hired a car to drive him from Miranshah to the Ghulam Khan border crossing. At Ghulam Khan, an Afghan security officer dispatched from Camp Chapman picked Balawi up and brought him back to the camp. At around 4:30 p.m. local time, the Afghan officer and Balawi returned to Camp Chapman. The CIA opted to have Balawi's vehicle bypass security at the entrance to the Camp due to Balawi's perceived value to the U.S., as "there could well be Taliban spies among the Afghan soldiers who manned the outer perimeter, and there almost certainly were some among the local civilians who congregated near the gate to apply for work or seek medical care."[180] Balawi was driven directly to the team that had been tasked with debriefing him, consisting of bin Zeid, the CIA base chief, and multiple CIA officers, along with Jeremy Wise and Dane Paresi. The greeting party even had a birthday cake in hand to give to Balawi, who had just turned thirty-two on Christmas Day.[181]

After his vehicle pulled up to the debriefing team, which was standing outside the base to receive him, Balawi exited the back of the vehicle. Wise and Paresi approached Balawi to search him for the first time since he entered Camp Chapman.[182] Balawi emerged from the vehicle with his hand concealed inside his clothes, prompting Wise and Paresi to instruct him to remove his hand from his clothing. Balawi ignored their demands and instead triggered a concealed suicide vest filled with explosives and metal shrapnel.[183] The explosion immediately killed Balawi, his driver, both Wise and Paresi, and several of the intelligence professionals standing nearby. Several others were severely wounded.

Within minutes, American and Afghan troops stationed at Camp Chapman began rendering aid and transporting the wounded via helicopter to the military hospital at Forward Operating Base Salerno, another U.S. base roughly two miles away in Khost.[184] There, medical staff worked through the night to save those who had not yet perished from their wounds.[185] Ultimately, Balawi's attack on Camp Chapman claimed nine victims. Almost two weeks after the attack, on January 10, 2010, Leon Panetta, then director of the CIA, wrote an op-ed in *The Washington Post* that commemorated the CIA officers killed and reiterated how the bombing served as a "stark reminder" that the U.S military and intelligence community were on the front lines in the war against al-Qaeda and its allies.[186]

---

179 Warrick, *The Triple Agent*, p. 159.
180 Ibid., p. 142.
181 Ibid., p. 3.
182 Marc Polymeropoulos & Michael Morell, "Declassified: Former CIA Officer Marc Polymeropolous on the Triple Agent," interview on *Intelligence Matters*, December 30, 2020, https://www.cbsnews.com/news/former-senior-cia-officer-recalls-killing-of-service-members-by-suicide-bomber-humam-al-balawi/.
183 R. Jeffrey Smith et al., "CIA Bomber Struck Just Before Search," *Washington Post*, January 10, 2010.
184 Ian Shapira, "The Frantic Effort to Save Lives After a Deadly Attack on the CIA," *Washington Post*, December 30, 2019.
185 Ibid.
186 Leon Panetta, "The CIA is proud to be on the Tront Lines against al-Qaeda," *Washington Post,* January 10, 2010.

As this section will detail, al-Qaeda and the TTP were responsible for the attack on Camp Chapman. In addition to extensive open-source reporting detailing these groups' roles, they also recorded and released several authentic and credible claims of responsibility for the attack. While the Haqqani Network was not directly involved in planning the attack, its activity along the Afghan-Pakistani border and its connections to both al-Qaeda and the TTP render it partly liable for the attack.

*Al-Qaeda's Culpability in the Attack on Camp Chapman*

Based on open-source reporting as well as several authentic and credible statements released by the group that highlight its role in the attack, I assess al-Qaeda to be culpable in the attack on Camp Chapman.

*Open-Source Reporting.* Various news articles and experts identify al-Qaeda as the group behind the Camp Chapman attack, as does Joby Warrick's extensively reported book *The Triple Agent*. The day after the TTP released video clips of Balawi and TTP leader Hakimullah Mehsud (discussed subsequently), a Reuters analysis of the attack explicitly identified al-Qaeda as the perpetrator of the attack.[187] Around the same time, both *The Washington Post* and *The Washington Times* concluded that Balawi was an "al Qaeda double agent."[188] Following months of extensive reporting on the Camp Chapman attack, in October 2010 both *The New York Times* and CBS News concluded that Balawi was an al-Qaeda operative.[189] In testimony before the Senate Foreign Relations Committee on extremist groups in Afghanistan and Pakistan in May 2011, the respected terrorism expert and CNN analyst Peter Bergen pointed to the Camp Chapman attack as an example of the "cooperation between the Taliban and al-Qaeda," and assessed that Balawi had been "recruited by al-Qaeda."[190]

Further demonstrating this consensus in open sources regarding al-Qaeda's role in the Camp Chapman attack, following another attack on Camp Chapman in December 2012, an article in the *Long War Journal* uses the example of when "al Qaeda targeted the CIA" in December 2009 to contextualize the 2012 attack.[191] In a review of the Camp Chapman attack published in 2019, the Brookings Institution's Bruce Riedel, who served in the CIA for thirty years, called the attack one of al-Qaeda's "greatest success[es] ever."[192]

Each of these sources designate Balawi as an al-Qaeda operative or highlight al-Qaeda's role in planning the attack. There is no noteworthy or credible theory denying al-Qaeda's role. More than a decade after the Camp Chapman attack, the consensus remains that al-Qaeda masterminded and perpetrated the December 30, 2009 attack on Camp Chapman.

*Al-Qaeda Propaganda.* On January 6, 2010, a week after the Camp Chapman attack, al-Qaeda released a claim of responsibility for the attack on jihadist web forums via its al-Fajr media group. SITE

---

187 Michael Gregory, "CIA Bomber Video Publicity Coup for Pakistan Taliban," Reuters, January 11, 2010.

188 Pamela Constable & Haq Nawaz Khan, "CIA Bomber Calls for Attacks on U.S. in Video," *Washington Post*, January 10, 2010; Eli Lake, "Double Agent al-Balawi's Data Reviewed," *Washington Times*, January 13, 2010.

189 Mark Mazzetti, "Officer Failed to Warn C.I.A. Before Attack," *The New York Times*, October 19, 2010; "Chief: 'Systemic Failures' Led to 7 CIA Deaths," *CBS News*, October 20, 2010.

190 Peter Bergen, "Al-Qaeda, the Taliban, and Other Extremist Groups in Afghanistan and Pakistan," Testimony before the U.S. Senate Foreign Relations Committee, May 24, 2011, p. 8.

191 Bill Roggio, "Taliban Suicide Bomber Attacks U.S. Base in Khost," *Long War Journal*, December 12, 2012.

192 Bruce Riedel, "The Remarkable Case of the Triple Agent and the Bombing in Khost, Afghanistan: 10 Years Later," The Brookings Institution, December 6, 2019.

Intelligence Group, a reputable source for archived jihadist content, archived and translated the statement, which reads:

> Out of an unrestrained desire for His satisfaction and astonishing preference of what is with Him; after patience, good planning and good management, and a successful epic to penetrate the intelligence of the infidel enemy (Jordan and America); and war being deception, the mujahid hero doctor (medical doctor) Abu Dujana al-Khorasani (Humam Khalil Muhammad Abu Mulal), the well-known preacher writer on jihadist forums on the Internet, the migrant and mujahid with his person and property, reached the height of his effort. Allah's favor and His protection of him was completed. He rejoicingly advanced without retreating and carried out his penetration martyrdom-seeking operation. He detonated his fine, astonishing and well-designed explosive device, which was unseen by the eyes of those who do not believe in the hereafter, unto a gathering of American and Jordanian intelligence staff in Khost in Afghanistan on the night of 14 Muharram 1431H, corresponding to 31 December 2009M, in revenge for our righteous martyrs, as he wrote in his will, may Allah have mercy on him: in revenge for the emir commander, Beitullah Mehsud, and the two commanders, Abu Saleh al-Somali and Abdullah Saeed al-Libi, and their brothers, may Allah have mercy on them.[193]

The details about the attack provided in this statement are consistent with the events of the attack as described in contemporaneous and credible open-source reporting. I further assess this statement to be an authentic copy of the original.

Later, on February 28, 2010, another al-Qaeda media arm, as-Sahab Media Productions, released two versions of a video interview with Balawi.[194] The two videos are identical, except that one version of the interview features audio spoken in Arabic, and the other includes an English voiceover. As-Sahab also provided an English-language transcript of the video.



*Screen capture from Balawi's video interview with al-Qaeda's as-Sahab Media Productions.*

In the interview, Balawi describes his work as a double agent operating within Jordanian intelligence, as well as his intention to kill Jordanian and American intelligence personnel in the upcoming suicide attack. The video includes several details which conclusively suggest it is a credible claim of responsibility on behalf of al-Qaeda. These include: 1) the introduction of Balawi as the perpetrator, and video recoded prior to his death; 2) discussion that the attack would be carried out against CIA operatives; 3) a mention of Khost, Afghanistan as the location of the coming attack; 4) Balawi naming bin Zeid as his primary contact in Jordanian intelligence; 5) the fact that Jordanian intelligence paid for and sent Balawi to Waziristan; and 6) a description of the intelligence Balawi sent

---

193 "Al-Qaeda Statement on CIA Base Suicide Bombing," SITE Intelligence Group, January 6, 2010, https://ent.siteintelgroup.com/Statements/site-intel-group-1-6-10-qaj-cia-khost-sb.html.

194 "Video Released of CIA Base Bomber," SITE Intelligence Group, February 28, 2010, https://ent.siteintelgroup.com/Multimedia/site-intel-group-02-28-10-balawi.html.

to bin Zeid, including videos of him with senior al-Qaeda leadership and coordinates for drone strikes. All these details are true, and none were publicly available at the time the video was recorded, prior to Balawi's death.

*TTP's Culpability in the Attack on Camp Chapman*

Al-Qaeda did not execute the Camp Chapman attack alone. Based on open-source reporting as well as several authentic and credible statements and other pieces of propaganda released by the group that highlight its role in the attack, I assess TTP to also be culpable in the attack on Camp Chapman. Indeed, Balawi's initial points of contact in the jihadist world after he was dispatched on a mission for GID were with TTP. He lived in TTP-controlled territory and worked with TTP militants for an extended period before executing his suicide bombing.

*Open-Source Reporting.* Along with al-Qaeda, various news and government sources highlight the TTP's role in the attack on Camp Chapman.[195] Multiple State Department releases regarding the TTP clearly conclude that the TTP was involved in the Camp Chapman attack. In September 2010, for example, the State Department designated the TTP as a foreign terrorist organization, and released an accompanying statement highlighting the group's connection to the attack on Camp Chapman: "TTP has carried out numerous attacks against U.S. interests under Mehsud and Rehman's leadership. Such instances include a December 2009 suicide attack on a U.S. military base in Khowst, Afghanistan, which killed seven U.S. citizens."[196]

Also in September 2010, the State Department offered a reward of up to $5 million for information on TTP leader Hakimullah Mehsud, who "has been charged in U.S. federal court with conspiracy to murder a U.S. national while outside of the United States and with conspiracy to use a weapon of mass destruction against a U.S. national" for his participation in the Camp Chapman attack.[197] The charges against Hakimullah Mehsud referenced in this statement show that the U.S. Department of Justice shares the State Department's conclusions in this regard.

A few months later, in January 2011, the State Department designated TTP leader Qari Hussain as a terrorist. One of the reasons listed for his designation was that he was "believed to have trained the Jordanian militant Humam Muhammad Abu Mulal al-Balawi—the double-agent whose suicide mission on December 30, 2009, in Khost, Afghanistan, killed seven Americans."[198]

Thus, news reporting and the conclusions of both the U.S. State Department and U.S. Department of Justice point to the TTP's role in the Camp Chapman attack.

*TTP Claims of Credit.* On January 1, 2010, TTP took credit for the Camp Chapman attack through Qari Hussain Mehsud, a senior deputy to Hakimullah Mehsud. Qari Hussain Mehsud told an Associated Press reporter in Pakistan that Balawi had been a "CIA agent," and said "Thank God that we then

---

195 For examples of news reporting making this point, see Michael Gregory, "CIA Bomber Video Publicity coup for Pakistan Taliban," Reuters, January 11, 2010; Peter Bergen, "Al-Qaeda, the Taliban, and Other Extremist Groups in Afghanistan and Pakistan," testimony before the Senate Foreign Relations Committee, May 24, 2011, p. 8.

196 U.S. Department of State, press statement, "Designations of Tehrik-e Taliban Pakistan and Two Senior Leaders," September 1, 2010.

197 U.S. Department of State, "Rewards for Justice - Hakimullah Mehsud and Wali Ur Rehman Reward Offers," September 1, 2010.

198 U.S. Department of State, "Terrorist Designation of Tehrik-e Taliban (TTP) Leader Qari Hussain," January 20, 2011.

trained him and sent him to the Khost air base."[199] Balawi was not a CIA agent, but rather was merely an asset working for both the GID and the CIA. However, it is not clear that this distinction (*agent* vs. *asset*) is one that would translate perfectly to the TTP.

I should note that the Afghan Taliban also released a claim of responsibility for the attack around this time, but this claim was false and was quickly corrected by then-TTP chief Hakimullah Mehsud. On December 31, 2009, the Afghan Taliban claimed that an Afghan soldier killed a total of 20 CIA officers and injured 25 during an attack on "a CIA club and training center."[200] In response to the Afghan Taliban's claims, Mehsud emailed Western media outlets using his own name to dispel the rival claim. CNN received one such email on January 3, 2010, wherein Mehsud wrote: "We claim the responsibility for the attack on the CIA in Afghanistan." He said that TTP carried out the attack as "revenge for the killing of Baitullah Mehsud and the killing of al Qaeda's Abdullah by CIA."[201] Further, Mehsud stated that the suicide bomber was a Jordanian national. Unlike the claim by the Afghan Taliban, each of the details in Mehsud's email were consistent with the actual events of the Camp Chapman attack.

On January 9, 2010, Umar Studios, the TTP's media arm, published English and Arabic language video clips delivering further proof of its claim of credit. These videos left little doubt that TTP had been involved in the Camp Chapman attack, as they featured Balawi and Hakimullah Mehsud together. In a press release announcing criminal charges against Hakimullah Mehsud for his role in the Camp Chapman bombing, the U.S. Justice Department concluded that this video was an authentic and credible claim of responsibility on behalf of TTP:

> Soon after the attack, … the media arm of the TTP released a video depicting Hakimullah Mehsud and al-Balawi seated together, in which they explain in detail their motivation for launching a suicide attack against the Americans. In the video, Hakimullah Mehsud introduces al-Balawi, states al-Balawi's reasons for becoming a suicide bomber and describes Americans as the enemy of the *mujahideen*…. Hakimullah Mehsud and al-Balawi both claim responsibility for an upcoming attack in the video, stating together, "And we arranged this attack to let the Americans understand that the belief of Allah, the *iman* [faith] that we hold, the *taqwa* [piety] that we strive for cannot be exchanged for all the wealth in the world." In the video, Hakimullah Mehsud then explains that the motive for the attack against the Americans is revenge for the death of the former emir of the TTP, Baitullah Mehsud.[202]

On February 28, 2010, the full version of Umar Studios' footage was released on jihadist forums. The full version included the clips released on January 9 as well as previously unreleased video footage.[203] In addition to reaffirming TTP's role in the attack as well as its motive for doing so, one of the videos of Balawi contains a timestamp indicating that it was recorded on December 26, 2009. The video includes several details which suggest that it is a credible claim of responsibility. These include: 1) the fact that Balawi and Hakimullah Mehsud appear together in the video, 2) Balawi stating, accurately,

[199] Bill Roggio, "Pakistan Taliban Take Credit for Suicide Attack on CIA Base in Khost," *Long War Journal,* January 1, 2010.
[200] "Taliban Reports 20 CIA Staff Killed in Suicide Bombing," SITE Intelligence, December 31, 2009, https://ent.siteintelgroup.com/Jihadist-News/taliban-20-cia.html.
[201] Tom Cohen, "Taliban Factions Compete for Credit in CIA Bombing Deaths," CNN, January 3, 2010.
[202] U.S. Department of Justice, press release, "Pakistani Taliban Leader Charged in Terrorism Conspiracy Resulting in Murder of Seven Americans in Afghanistan," September 1, 2010.
[203] "Umar Studio Releases Full Video of Balawi with TTP leader," SITE Intelligence Group, March 2, 2010, https://ent.siteintelgroup.com/Multimedia/site-intel-group-3-2-10-umar-studio-balawi-hk-videot.html.



*A still image from the video featuring Mehsud (left) and Balawi (right)*

that he was sent as a spy by Jordanian and American intelligence, 3) reiteration that the attack was in retribution for drone strikes that killed Baitullah Mehsud, and 4) the statement that the suicide attack would strike an American base.

*Haqqani Network Culpability in the Attack on Camp Chapman*

While there is no direct evidence that the Haqqani Network was involved in planning, organizing, or otherwise directly facilitating the attack on Camp Chapman, its activity along the Afghan-Pakistani border and its connections to both al-Qaeda and the TTP render it at least partly liable for the attack.

The Haqqani Network is particularly strong along the Afghan-Pakistani border. Both the TTP and al-Qaeda have relied on the Haqqanis for safe haven. The Haqqani Network's strongholds in North Waziristan and Loya Paktia (a region that includes the Afghan provinces of Khost, Paktia, and Paktika, as well parts of other provinces) have also served as staging grounds for TTP and al-Qaeda operations.[204] Senior Haqqani Network leaders have close personal ties with those in the TTP and al-Qaeda. For example, Baitullah Mehsud, TTP's first emir, originally fought for Jalaluddin Haqqani, the founder of the eponymous network, in Afghanistan.[205] Baitullah's successor, Hakimullah Mehsud, fought for the Haqqanis as well. Still other TTP leaders began their militant careers in the Haqqani Network. The Haqqani Network has mediated disputes between the TTP and other extremist groups, and has acted as a diplomatic intermediary for negotiations with the Pakistani state.

The role played the Haqqani Network is illustrated by the activities of Sirajuddin Haqqani, who is now the head of the Haqqani Network and deputy emir of the Afghan Taliban. For example, the CIA collected intelligence showing that Sirajuddin Haqqani attended a strategic-level planning meeting with the TTP's Baitullah Mehsud and senior al-Qaeda leader Abu Yahya al-Libi in South Waziristan in the summer of 2009.[206] The TTP's ties to Sirajuddin Haqqani are no secret, as the group's media arm has openly celebrated this relationship in its propaganda.[207]

---

[204] See Vahid Brown & Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (Oxford: Oxford University Press, 2013), pp. 203-04.

[205] See Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network, from Pakistan to Afghanistan* (Washington, D.C.: Institute for the Study of War, October 2010), p. 4.

[206] Warrick, *The Triple Agent*, p. 72.

[207] See Bill Roggio & Caleb Weiss, "In Tribute to Hakeemullah Mehsud, TTP Exposes Ties to Afghan Taliban, Al Qaeda," *Long War Journal*, April 13, 2020.

Given the Haqqani Network's strength in the geographic area in which the attack took place, and also the geographic space where Balawi operated in the lead-up to the attack, along with the group's deep ties to both al-Qaeda and the TTP, it is highly likely that the group was aware of and gave at least tacit approval for the plan to attack Camp Chapman. Both al-Qaeda and the TTP likely knew that U.S. counterterrorism activities along the Afghan-Pakistani border would increase in the wake of the attack. Given both groups' close relationship with the Haqqani Network, they may have informed the Haqqanis in order to ensure that the resulting counterterrorism pressure was a reasonable price to pay for the attack.

Again, there is no publicly-available evidence linking the Haqqanis directly to the execution of the Camp Chapman attack. However, in the interest of ensuring that this report's account of liability for the attack is comprehensive, it is worth noting how the Haqqani Network's apparent assent renders it at least partly liable.

## VI. Causal Connections Between Iranian Support and the Camp Chapman Attack

There are numerous causal connections between Iranian material support for militant groups and the Camp Chapman attack.

The **first causal connection** is that Iran helped to provide al-Qaeda with the time and space it required to recover, regroup, and rebuild its organization after the 9/11 attacks. My report examines this kind of support in great detail. As I discussed earlier, the IRGC's Quds Force reached a deal with Abu Hafs al-Mauritani under which it would provide safe passage and sanctuary to militants fleeing from Afghanistan following the U.S.'s overthrow of the Taliban government.[208] The fleeing fighters included numerous high-ranking al-Qaeda operatives, such as Saif al-Adel, Abu Muhammad al-Masri, Abu Musab al-Suri, Sa'ad and Hamza bin Laden, Abu Anas al-Libi, Abu Malik al-Libi, Mohammed Islambouli, and Atiyah Abd al-Rahman.[209] Iran placed certain restrictions on the movement of al-Qaeda members during this period, and also employed surveillance to keep track of their actions and whereabouts. Iran's goal was to identify how this group could best be used to advance the Iranian regime's objectives, while at the same time minimizing the threat al-Qaeda posed to the Iranian government. Despite its cautions and general suspicions of al-Qaeda, Iran did not prevent key leaders from carrying out their tasks and obligations for the militant group.[210]

For example, al-Qaeda members in Iran formed a management council that would provide strategic assistance to al-Qaeda's central leadership in Pakistan.[211] This council also continued to plan and execute attacks, including in Morocco (October 2003), Saudi Arabia (October 2003), and Tunisia (2002).[212] As detailed earlier in this report, other operatives based in Iran helped move funds on al-Qaeda's behalf with the help of external facilitators.

---

208 See Brian McHugh et al., "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 7; Cathy Scott-Clark and Adrian Levy, *The Exile: The Stunning Inside Story of Osama Bin Laden and Al Qaeda in Flight* (New York: Bloomsbury, 2017), p. 146.

209 Adrian Levy & Cathy Scott-Clark, "Al Qaeda Has Rebuilt Itself – With Iran's Help," *The Atlantic*, November 11, 2017.

210 Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), locs. 679-86.

211 See Levy & Scott-Clark, "Al-Qaeda Has Rebuilt Itself – With Iran's Help"; Daniel Byman, "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda," IHS Defense, Risk and Security Consulting (July 2012), p. 31.

212 Levy & Scott-Levy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help"; Byman, "Unlikely Alliance," p. 31; Moghadam, "Marriage of Convenience"; Seth Jones, "Al Qaeda in Iran; Why Teheran is Accommodating the Terrorist Group," *Foreign*

There are further causal connections related to Atiyah Abd al-Rahman and his centrality to the Camp Chapman attack. The **second causal connection** is that Iran's provision of sanctuary to Atiyah after 2001 enabled him to rise significantly within al-Qaeda's ranks. With Iran's support, Atiyah rose so high within the militant organization that he could be effectively used as bait to lure American and Jordanian intelligence operatives to a meeting with Balawi in which they could not implement effective security checks.

Before Balawi sent the video of Atiyah to his intelligence handlers, he had "seemed to vanish from the earth" for a period, with "no e-mail, phone call, or even intercepted Taliban transmission to explain what had happened to him."[213] But as Joby Warrick recounts, Balawi "suddenly resurfaced" in the late summer of 2009 with an astonishing message for his handlers:

> He was back, and he had a gift, he wrote, one that bin Zeid would find to be worth the wait.
>
> The gift was a small image file, a few seconds of low-quality video taken by a handheld camera, the type that can be purchased at any electronics store for a few hundred dollars. The video depicted a small gathering of men in traditional Pashtun dress talking in a dimly lit room. In the foreground was a young man, seen mostly in silhouette, until a sideways turn clearly revealed him to be Balawi. Seated near him was a slim, dark bearded man in his early forties who was doing most of the talking. His face was instantly recognizable to the agency's counterterrorism experts, even though no American officer had seen the man in eight years. His name was Atiyah Abd al-Rahman, and he was one of the closest associates of al-Qaeda leader Osama bin Laden known to be alive.
>
> Al-Rahman, a Libyan and an Islamic scholar, had been a top aide to bin Laden since the 1980s, and the two had escaped into Pakistan after the Tora Bora debacle in late 2001. Afterward he was believed to have fled to Iran, but he emerged again in 2006 as one of al-Qaeda's top strategic thinkers and spiritual advisers. It was al-Rahman who had tried unsuccessfully to rein in Abu Musab al-Zarqawi, the leader of al-Qaeda in Iraq, when his sadistic attacks against Shia Muslims began to shift the tide of Iraqi public opinion against al-Qaeda. There had been no confirmed sightings of al-Rahman in years; yet here he was, holding forth on video, with a CIA informant seated at his feet.
>
> The images left jaws agape and unleashed a torrent of questions. Yet this much was undeniably true: The Jordanian physician Humam al-Balawi had been in the same room with one of al-Qaeda's top commanders. He had managed to capture the encounter on videotape. And he had delivered the evidence to the very doorstep of the CIA.

*Affairs*, January 29, 2012.

213 Joby Warrick, *The Triple Agent*, p. 115.

> In the eight years since the start of the war against al-Qaeda, no one had ever gotten so close.[214]

After a U.S. drone strike killed Atiyah in 2011, the al-Qaeda magazine *Vanguards of Khorasan* released a biographical article about Atiyah that confirmed he had "engineered" the Camp Chapman attack.[215] This direct accolade of Atiyah's role affirmed longstanding suspicions about Atiyah's critical contribution to this operation.

Iran's support was essential for Atiyah to ascend within al-Qaeda and eventually play a decisive role in orchestrating the Camp Chapman operation. After the U.S. invasion of Afghanistan in 2001, Atiyah found refuge in Iran with several other al-Qaeda senior leaders. In Tehran, Atiyah notably had greater freedom of mobility than some of his other comrades who were either closely monitored or put under house arrest. He went on to become a member of al-Qaeda's management council in Iran. Atiyah also served as an interlocutor connecting different al-Qaeda leaders with one another, and connecting them with regional jihadist groups, activities that Brian Fishman assesses as making "Atiyah's centrality in the overall al-Qaeda network … clear."[216] Fishman continues:

> Atiyah was not the ultimate decision-maker, but he was the information crossroads. Trust also matters in covert networks if communication is to be effective. And Atiyah had that trust with many of al-Qaeda's key actors and affiliates; that is why he will be hard to replace—perhaps even more so than current al-Qaeda leader, Ayman al-Zawahiri. Zawahiri is a critical leader of the organization, but he operates within a structure that increasingly emphasizes the ability to move information rather than generate authoritative commands. In other words: in al-Qaeda, connectedness is more important than authority and Atiyah was connected.[217]

The **third causal connection** to the Camp Chapman attack is that Iran provided Atiyah the mobility to move in and out of Pakistan specifically, where planning for the Camp Chapman attack took place. In 2011, the U.S. Treasury Department publicly revealed that Osama bin Laden had appointed Atiyah to be al-Qaeda's emissary to Iran. While much of the specific tasks and duties of this position remain unclear, one notable attribute the emissary possessed was the ability to "travel in and out of Iran with the permission of Iranian officials."[218] Brian Fishman added that Atiyah possessed a freedom of movement between Iran and Pakistan that was, "if not unique, then very rare" for al-Qaeda's Iran-based leadership.[219] Indeed, Iran has a history of providing travel facilitation support to al-Qaeda. The *9/11 Commission Report* discusses how the Iranian and Pakistani governments both "turned a blind eye to this transit through their respective countries," actions that made it easier for al-Qaeda to discretely move its operatives when planning and conducting attacks.[220]

The **fourth causal connection** is that Iran provided al-Qaeda with space that allowed the relationship between al-Qaeda and the TTP to develop—which in turn helped to foster their collaboration on the

214 Ibid., pp. 115-16.
215 See Thomas Joscelyn, "Al Qaeda Releases Biography of Slain Senior Leader," *Long War Journal*, August 21, 2012.
216 Brian Fishman, "The Death of Atiyah," *Foreign Policy*, August 29, 2011.
217 Ibid.
218 U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.
219 Fishman, "The Death of Atiyah."
220 National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 171.

Camp Chapman attack. Tehran's support in this regard is again most vividly demonstrated by Atiyah, given his direct role in helping al-Qaeda engage with the TTP. As discussed earlier in this report, Atiyah provided ideological, legal, and theological guidance and criticism for the TTP leadership since the TTP's founding, and continued to provide such support until his death in 2011. The TTP and al-Qaeda's cooperation was essential to the Camp Chapman operation. After starting his mission for the GID, Balawi's first point of contact with Islamist militant groups was with the TTP. He continued to live in TTP-controlled territory and worked with TTP militants until he carried out the Camp Chapman attack.

The **fifth causal connection** is that Iran provided al-Qaeda with its "core pipeline" to move funds and personnel from the Middle East to South Asia.[221] In 2007, bin Laden himself described the significance of Iran's contribution to al-Qaeda's financial operations in a letter he wrote to a "Karim" (most likely a reference to Abu Ayyub al-Masri). In this letter, bin Laden claimed that Iran was al-Qaeda's "main artery for funds, personnel, and communication."[222] Iran was able to provide this support after it reached a secret deal with al-Qaeda that allowed the militant group's operatives to transit money, supplies, weapons, and recruits through Iran to al-Qaeda members in Pakistan. The Treasury Department publicly revealed this agreement when it sanctioned Ezedin Abdel Aziz Khalil, an al-Qaeda financier based in Iran. Khalil has been actively operating in Iran since 2005 under this agreement. He specifically "collected funding from various donors and fundraisers throughout the Gulf and is responsible for moving significant amounts of money via Iran for onward passage to al-Qa'ida's leadership in Afghanistan and Iraq. He has also facilitated the travel of extremist recruits for al-Qa'ida from the Gulf to Pakistan and Afghanistan via Iran."[223] The Treasury Department shared additional details of this agreement in October 2012 in a separate sanctions designation.[224]

## VII. Conclusion

In conclusion, relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

1. The Islamic Republic of Iran has an extensive history of using violent non-state actors as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces, including in the Afghanistan theater, while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda, when such support aligned with Iran's foreign policy interests.

2. Al-Qaeda and the Tehrik-i-Taliban Pakistan are closely allied, and routinely worked together during the period prior to and contemporaneous with the attack on Camp Chapman. Both groups have ties to the Haqqani Network, which was the dominant group along the Afghanistan-Pakistan border near where the attack took place.

---

221 U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

222 "Letter to Karim," Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf.

223 U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

224 See U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012.

3. Al-Qaeda and the TTP are directly responsible for the attack on Camp Chapman. Given its links to both al-Qaeda and the TTP, the Haqqani Network was likely aware of and provided at least tacit approval for the attack.

4. Given the nature and extent of Iranian material support to al-Qaeda, which among other things helped al-Qaeda to forge its cooperative relationship with the TTP, Iran's assistance bore a definite connection to the attack on Camp Chapman.

I declare the foregoing under the penalty of perjury:

Daveed Gartenstein-Ross, Ph.D.