UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANA MARIE BERNHARDT et al.,

*Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

*Defendant*.

Civil Action No. 18-2739 (TJK)

## ORDER

For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment, ECF No. 47, is **GRANTED**. It is further **ORDERED** that final judgment is granted in Plaintiffs' favor and against Defendant. In addition, it is **ORDERED** that Plaintiffs shall receive $67,138,421 in compensatory damages and $201,415,263 in punitive damages, divided in the following amounts:

| Plaintiff | Compensatory Damages | Punitive Damages | Total Damages |
|---|---|---|---|
| Estate of Jeremy Wise | $3,677,674 | $11,033,022 | $14,710,696 |
| Estate of Dane Paresi | $2,835,747 | $8,507,241 | $11,342,988 |
| Dana Marie Bernhardt | $10,000,000 | $30,000,000 | $40,000,000 |
| Ethan Prusinski | $6,250,000 | $18,750,000 | $25,000,000 |
| Mary Lee Wise | $6,250,000 | $18,750,000 | $25,000,000 |
| Mary Heather Wise | $3,125,000 | $9,375,000 | $12,500,000 |
| Mindylou Paresi | $10,000,000 | $30,000,000 | $40,000,000 |
| Alexandra VandenBroek | $6,250,000 | $18,750,000 | $25,000,000 |
| Elizabeth Santina Paresi | $6,250,000 | $18,750,000 | $25,000,000 |

2

| | | | |
|---|---|---|---|
| Janet Paresi | $6,250,000 | $18,750,000 | $25,000,000 |
| Terry Paresi | $3,125,000 | $9,375,000 | $12,500,000 |
| Santina Cartisser | $3,125,000 | $9,375,000 | $12,500,000 |

This is a final, appealable order.  The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 22, 2023